UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

**02-61504**

**CIV-ROETTGER**

**MAGISTRATE JUDGE**
**SELTZER**

FRANCES CARTER,

      Plaintiff,

vs.

THE CITY OF CORAL SPRINGS,
and BRIAN RADUCCI, individually,

      Defendants.

_____/

## NOTICE OF REMOVAL

    Defendants, CITY OF CORAL SPRINGS and BRIAN RADUCCI, by and through their

undersigned attorneys and pursuant to 28 U.S.C. § 1446, remove this action from the Seventeenth Judicial

Circuit in and for Broward County, State of Florida, and states:

    1.    Plaintiff has sued the Defendants for alleged violations of 42 U.S.C. § 1983, together with

        various claims arising under Florida law.

    2.    CITY OF CORAL SPRINGS and BRIAN RADUCCI were served with a copy of the

        Amended Complaint on October 22, 2002.

    3.    Pursuant to 28 U.S.C. § 1331 and § 1343(a)(3), this Court has original jurisdiction of the

        action.  This action presents a federal question and seeks to redress the alleged deprivation

        of rights secured to the Plaintiff pursuant to the United States Constitution.

    4.    Pursuant to 28 U.S.C. § 1441(a)(b) and § 1443, the action is removable to this Court.

        The pendent state common law claims are removable pursuant to 28 U.S.C. § 1441(c).

    5.    A copy of the Amended Complaint served on the Defendants, CITY OF CORAL



Carter v. City of Coral Springs, et al.
Case No.: 02-14700 (07)

SPRINGS and BRIAN RADUCCI, is attached hereto and made a part hereof as Exhibit

"A," in accordance with 28 U.S.C. § 1446(a).

## SERVICE LIST

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was mailed via US

Mail this 23rd day of October, 2002 to: **Robert O. Saunooke, Esq.**, Attorney for Plaintiff, Saunooke

Law Firm, P.A., 18620 S.W. 39th Court, Miramar, FL 33029.

JOHNSON, ANSELMO, MURDOCH
BURKE & GEORGE, P.A.
Attorneys for **Defendants**
790 E. Broward Blvd., Suite 400
PO Box 030220
Fort Lauderdale, FL 33301
Tel: (954) 463-0100
Fax: (954) 463-2444

By: _____
E. BRUCE JOHNSON
Fla. Bar. No. 262137
**CHRISTINE M. DUIGNAN**
**Fla. Bar No. 896500**

-2-

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT, IN
AND FOR BROWARD COUNTY, FLORIDA

CASE NO.:02-14700 (07)

FRANCES CARTER,

      Plaintiff,

Vs.

THE CITY OF CORAL SPRINGS and
BRIAN RADUCCI, Individually,

      Defendants.

_____

## AMENDED COMPLAINT

COMES NOW, the Plaintiff, FRANCES CARTER, by and through the undersigned

counsel, and hereby files this Amended Complaint against the Defendants, THE CITY OF

CORAL SPRINGS (hereinafter collectively referred to as "The City") and BRIAN

RADUCCI, individually, and would allege as follows:

### Jurisdiction

1.      This is an action for damages in excess of $15,000/00, exclusive of interest
    and costs.

2.      That the Plaintiff is a resident of Broward County, Florida and is sui juris.

3.      That THE CITY is a municipality having its principal office within Coral

Springs, Broward County, Florida.



EXHIBIT

A

4.     That all actions complained of, and all obligations set forth in The Administrative Policy Manual between the parties, took place within Broward County, Florida.

5.     Defendant BRIAN RADUCCI ("RADUCCI") was at all times material hereto, and is the Controller of THE CITY OF CORAL SPRINGS. RADUCCI is a citizen of the State of Florida and upon information and belief is a resident of Broward County and is *sui juris*.

6.     Venue for all causes of action stated herein is proper and is within the jurisdiction of the Circuit Court in and for Broward County as the acts alleged as a basis for the subject claims took place within the boundaries of that district

## General Allegations

7.     Plaintiff realleges and incorporates by reference paragraphs 1 through 6 above as if fully set forth herein again at length.

8.     That this action is brought pursuant to Florida Statutes Section 760.10; Title VII of the Civil Rights Act of 1964 and in accordance with the Florida Civil Rights Act of 1992, "The Act."

9.     That the Plaintiff was employed by THE CITY as an employee beginning on or about April 19, 1993 to perform certain specific duties within the Utility Billing Department and brings this action to redress the wrongs done to her by Defendants in their joint decision to transfer and create a hostile work environment leading to her termination. At the time of her initial employment, Plaintiff was employed as a clerk in the Utility Billing Department.

10.     That at the time of her employment, and as a condition of her employment, Plaintiff received an Administrative Policy Manual "The Manual" which defines the terms and conditions of her employment and the relationship between the parties. The Manual is attached hereto as **Exhibit "A"** and incorporated by reference.

11.     That at all times subject hereto, Plaintiff and The CITY as well as Defendant, RADUCCI, operated under, and were bound by, the guidelines and terms of The Manual. 12.

That Plaintiff continued her employment with the CITY from her date of hire without interruption until August 1, 2001 at which time Plaintiff was terminated from employment with the CITY by Defendant, RADUCCI while acting within the scope of her employment by the City of Coral Springs in violation of The Manual's policies and procedures.

13.     From the date of her initial hiring until September of 1999, Plaintiff was considered by her co-workers and supervisors as a valued employee who strove to conduct herself in a professional manner and aspired in every way to do her utmost in her job performance as was reflected in her periodic employment reviews through September of 1999. Copies of these reviews are attached hereto as **Exhibit "B"** and incorporated by reference.

14.     On or about September of 1999 the formation of the City government changed and the City brought in various new employees to the Utility Department, including but not limited to, a new Controller in the form of Defendant, BRIAN RADUCCI. Following this change, there began a systematic effort to remove Plaintiff from her vested and tenured position with the CITY as a Senior Office Assistant in the Utility Department through the intentional, malicious and wilful violations of the CITY's Manual and The Act.

-3-

15.    Prior to the CITY bringing in the Defendant, RADUCCI, as the new City Controller and changing the CITY's corporate structure. At all times material hereto, Plaintiff performed her job with  enthusiasm and received excellent reviews from the department heads and was always complimented on her work, and rapidly moved from her initial hired-in position as a clerk in the billing department to a Senior Office Assistant on December 12, 1994 and continued in that position until February 1, 2000.

16.    That Defendant, RADUCCI after becoming the new Controller for the CITY recommended that the Plaintiff be removed from the position as Senior Office Assistant in the Utility Department to a lesser paying job in the CITY's Accounts Payable Department. Defendant, RADUCCI's recommendation was made in violation of The Manual and the procedures set forth therein in that the proper authorities were not notified of the removal of the Plaintiff nor, was the Plaintiff notified or counseled and was done for the sole purpose of placing that Plaintiff in a position for which she was not qualified and for which she did not receive the proper training. It was the intent of RADUCCI, in making the suggestion and the change in employment and status of Plaintiff to facilitate and create a reason to remove the Plaintiff from her tenured position with the CITY without just cause.

17.    As evidence of RADUCCI's actions he did not follow the policies and procedures clearly set out in The Manual which guaranteed to Plaintiff certain rights including, but not limited to, a review of her job performance by her supervisor prior to any recommendations for her demotion. Instead, RADUCCI, went outside the clear boundaries and guidelines of The Manual and instructed Plaintiff's co-workers to review her job performance.

-4-

18. Based on the job performance reviews from co-workers conducted in violation of The Manual's procedures, Mr. Raducci then wilfully and maliciously in violation of the policies and procedures of the CITY and with the intent to carry out the violations of Title VII and the Florida Civil Rights Act made a determination that the Plaintiff's demeanor was not suitable for the department.

19. It should be noted that Mr. Raducci treated the Plaintiff unequally as he did not permit the Plaintiff to conduct similar performance reviews of her non-African American co-workers. Said actions of RADUCCI violated the terms of The Manual in that only direct supervisors were to perform job performance reviews with regard to evaluating the abilities and competencies of an employee. A copy of the Defendant, RADUCCI's memorandum requesting job performance evaluation is attached hereto as **Exhibit "C"** and incorporated by reference.

20. The CITY was aware of RADUCCI's recommendation and that said recommendations violated the terms of The Manual. The CITY was made aware of these violations through direct complaints from the Plaintiff to appropriate supervisors.

21. In addition, Plaintiff was not reviewed by RADUCCI at the same time as other employees were reviewed and was reviewed at a much later date by employees that were not familiar with her work or her job responsibilities.

22. These reviews became the basis for any and all further actions affecting the Plaintiff's employment and her ability to continue with the CITY.

23. At no time prior to the actions of RADUCCI conducted in violation of The Manual did Plaintiff receive any negative performance evaluation or any negative

-5-

performance reviews.  In addition, at no time prior to RADUCCI's violations of The Manual did the fellow employees conduct reviews of Plaintiff's job performance.

24.      Following the unauthorized reviews, Plaintiff was demoted to a lower level position not within the Utility Department, but in the Accounts Payable Department where she had no prior experience or ability.

25.      That said decision to demote Plaintiff was rendered in an unauthorized meeting of certain department heads without notice to the Plaintiff and without notice to other supervisors as required by The Manual[1].

26.      Plaintiff did not attend the meeting on February 1, 2000 which was held by her supervisor, BRIAN RADUCCI, to discuss the Plaintiff's so called unsatisfactory job performance and only first learned of the meeting and her **demotion**, as well as the language and allegations contained in the memorandum from her supervisor detailing the demotion after the meeting had already occurred and after the Defendants had committed their wrongful act. Although several memoranda was written between department heads, the Plaintiff was never advised or approached by anyone until the decision was made to demote her to a lower level position.

27.      Plaintiff was provided with a copy of an Employee Status Change Request which stated that the Plaintiff was to be reevaluated on her job performance on October 1, 2001.  The reevaluation was never done. Again, in violation of The Manual.

---

[1] Administrative Policy Manual dated 1/1/99, pg. 9.  Immediate supervisors should discuss the potential demotion of an employee with their chain of command and the Human Resources Department prior to a written recommendation for demotion. The Department Director shall then submit the written recommendation to the City Manager through Human Resources. Demotions require concurrence from Human Resources, review by the City Attorney's Office and authorization from the City Manager prior to being effected.

28.    The job for which Plaintiff was demoted and was involuntarily required to take required training and additional experience for which the Plaintiff was not qualified.

29.    In spite of repeated requests for additional assistance and training, an opportunity which was afforded to other non-African American employees, Plaintiff was still asked to do job duties that were beyond her qualifications as a Senior Office Assistant of the Billing Department.

30.    The Plaintiff's supervisor, RADUCCI, never consulted or advised appropirate parties of the alleged unacceptable employee violations prior to informing Plaintiff that she was to be demoted. Said actions of RADUCCI clearly violated demotion procedures as set forth in The Manual.

31.    As set forth hereinabove Plaintiff had never worked in the Accounts Payable Department to her unauthorized and forced demotion and unlike her extensive experience in the Utility Billing Department she had no experience in the Accounts Payable Department.

32.    In spite of the fact that Plaintiff was being asked to do a job for which she had no training or prior experience, Plaintiff still performed this new job to the best of her ability just as she had performed the duties of her prior position.

33.    At the time of her demotion, Plaintiff made the CITY and RADUCCI aware of the fact that she had no prior experience in accounts payables and the CITY and RADUCCI in an effort to entice plaintiff to accept the unauthorized and involuntary demotion assured Plaintiff that she would receive any and all training necessary to permit her to perform the duties of her new position. Plaintiff was obviously concerned that her tenured position with the CITY would be jeopardized if she agreed to accept the involuntary

demotion.

34.     In accordance with the CITY and RADUCCI's recommendations, Plaintiff requested assistance and training as promised, but said training was never provided.

35.     In addition, not only did Plaintiff not receive appropriate training for her new position, she was then asked to train and assist the non-African American employee who had moved into her former position at the Utility Department.

36.     Thus began further evidence of a systematic effort by RADUCCI to create reasons that would justify a recommendation to terminate Plaintiff including, but not limited to:

    a.      disconnection of her computer system intentionally disabling her from her work;
    b.      Failing to provide the required sixteen hours of customer service training;
    c.      Forced to train subordinate employee thereby preventing her from doing her job;
    d.      Other non-African American employees were permitted to make mistakes for which Plaintiff was reprimanded in spite clear evidence to the contrary.

37.     Following involuntary demotion, violations of The Manual and procedures, failure to receive appropriate training for her new position, training which was afforded to other non-African American employees, and the disperate, unequal and demeaning treatment by the CITY and RADUCCI, Plaintiff was ultimately terminated from her position in the Accounts Payable Department on August 1, 2001.

38.     After termination on August 1, 2001, Plaintiff filed a joint complaint with the EEOC and the Florida Human Rights Commission and received a right to sue letter from the EEOC and no response from the Florida Human Rights Commission and having exhausted

all administrative remedies available, Plaintiff now brings this action against the Defendants. See attached letter from the EEOC attached hereto as **Exhibit "D"** and made a part hereof by reference.

39.     All conditions precedent to the bringing of this action have been satisfied or otherwise waived.

**COUNT I**

**Breach of Contract**

40.     Plaintiff realleges and incorporates by reference those matters set forth in paragraphs 1 through 39 above as if fully set forth hereinafter.

41.     That The Manual created a unilateral contract between the CITY and Plaintiff.

42.     That the unilateral contract guaranteed to Plaintiff, among other things, fair and equal treatment, due process, support and training, and involuntary termination for costs which is specifically defined as follows:

> 6(d).     Demotions - ...demotion consists of an employee being involuntarily removed from higher level classification to a lower level classification, with a resulting decrease in annual salary. Although not limited to such instances, demotions may occur in some cases because of an inability to fulfill the duties of the higher level job in a satisfactory manner; or a failure to comply with employment conditions, such as licensure or certification.

43.     Contrary to the guarantees and protections set forth in The Manual, the CITY and RADUCCI failed to provide equal treatment, training and to following proper procedures for demotion.

44     In addition, RADUCCI, failed to appropriately conduct performance reviews

–9–

and to conduct meetings and job performance evaluations in accordance with the clear

policies and procedures of The Manual.

45    That at the direct and proximate cause of Defendants' breach of the policies

and procedures of The Manual, Plaintiff was terminated and has been unable to secure

employment, thereby suffering loss wages, emotional and mental damages, as well as, loss of

a tenured position with the CITY.

WHEREFORE, Plaintiff seeks damages for breach of the contract between the
parties in an appropriate amount to be determined at trial and for such other and further
relief as the Court deems fit and proper.

## COUNT II
### Discrimination against Race

46    Plaintiff realleges and incorporates by reference paragraphs 1 through 45

above as if hereinafter alleged.

47    That the actions of the CITY and RADUCCI as set forth hereinabove violate

the protections afforded to Plaintiff under the Florida Civil Rights Act of 1992 and Title VII

of the Civil Rights Act of 1964.  Specifically:

    a.    The CITY and RADUCCI failed to provide training that was
provided to other non-African employees;

    b.    Failed to provide proper materials to perform her job as were
provided to other non-African employees;

    c.    Promoting non-African employees, who did not meet the minimum
qualifications, to Plaintiff's prior position;

    d.    Requiring Plaintiff to train non-African American employees and not
requiring other employees to provide the same supervisory training;

    e.    Permitting other non-African American employees who failed to
perform Plaintiff's job duties to take leaves of absence, voluntary
terminate and then return to employment to resume their perform
position;

    f.    Failing to follow appropriate procedure for involuntary demotion
and/or termination;

–10–

FROM :                          FAX NO. :                     Aug. 02 2001 03:17PM P7

g.  Generally treating a tenured African employee in an unequal and unfair application of the regulations of the CITY for the sole purpose of demeaning Plaintiff, intimidating Plaintiff, and creating a false record to support a trumped up recommendation to terminate Plaintiff.

48. As a result of Defendants' willful and malicious failure to treat Plaintiff the same and equal manner as other non-African employees, Plaintiff has been damaged including lost income, both past and future, loss of reputation, emotional and mental anguish.

49. The actions set forth hereinabove were deliberate and willfull and done in violation of applicable Florida and Federal Civil Rights laws, warranting an award of attorneys fees and applicable sanctions.

WHEREFORE, Plaintiff demands judgment against the Defendants in an amount to be determined at trial, attorneys fees and costs with all other remedies that the Court deems just and appropriate.

**COUNT III**
**Punitive Damages**

50.    Plaintiff realleges and incorporates by reference paragraphs 1 through 49 above as if hereinafter alleged.

51.    Plaintiff herein reserves the right to amend this Complaint to add an additional Count for punitive damages as appropriate.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury on all issues.

Submitted this _____ day of October 2002.

Respectfully submitted,

SAUNOOKE LAW FIRM, P.A.

By:_____
ROBERT O. SAUNOOKE, ESQ.
FBN: 972827
Attorney for the Plaintiff
18620 S.W. 39th Court
Miramar, Florida 33029
(561) 302-5297 telephone

**CERTIFICATION**

I HEREBY certify that a true and correct copy of the above and foregoing was sent by U.S. Mail to the office of JOHNSON, ANSELM, MURCOCH, BURKE & GEORGE, P.A. attorneys for the Defendants City of Coral Springs and Brian Raducci at

–12–

FROM :                                FAX NO. :                          Aug. 02 2001 03:18PM P9

790 E. Broward Blvd. Suite 400, Ft. Lauderdale, FL 33301 this 22 day of October

2002.

SAUNOOKE LAW FIRM, P.A.

By: _____

ROBERT O. SAUNOOKE, ESQ.
FBN: 972827
Attorney for the Plaintiff
18620 S.W. 39th Court
Miramar, Florida 33029
(561) 302-5297 telephone

–13–

**EXHIBIT "A"**

ALAN C. KAUFFMAN & ASSOCIATES, P.A. THE PLAZA 5355 TOWN CENTER ROAD SUITE 1102
BOCA RATON, FLORIDA 33486 TELEPHONE (561) 394-7600 FAX (561) 394-0891

# City of Coral Springs

# Employee Information
## Booklet

Discipline

Involl - not Vol

Performance
Review

# INTRODUCTION

The City of Coral Springs recognizes the importance of communicating its basic policies and procedures to its employees. The Employee Information Booklet includes these policies and procedures so that employees may be aware and familiar with them and their provisions.

This booklet is intended to provide information about this City's employment policies, work rules, and employee benefits and should not be construed as an express or implied contract or promise that any individual policy will be absolutely applied in all cases. The City may revise this guide as appropriate and may implement those changes in policy even if they are not communicated in this booklet.

The City of Coral Springs policy allows any employee to voluntarily end his or her employment with the City at any time. Likewise, the City may voluntarily end an employment relationship at any time. The employment relationship with the City is at will. Employees should not rely on any verbal statement for hiring, promotion or termination as the employment relationship is for no defined period of time. Any statements to the contrary, unless in writing and signed by the City Manager, are disclaimed by the City and should not be relied upon by any employee.

It is the policy of the City of Coral Springs that this Employee Information Booklet and the items contained, referred to, or mentioned herein, are not intended to create, nor should be construed to constitute, a contract of employment, implied or express, between the City. This Booklet and its items are presented only as a matter of information and direction regarding City policy, benefits, and other useful information.

Any representations, oral or otherwise, by any City employee, officer, supervisor or manager, which is contrary to or not contained in the information book shall be deemed to be inconsistent and not binding on the City of Coral Springs. In the event of such oral or inconsistent representation by an employee, the Human Resources Department should be notified. Any and all questions regarding the interpretation and/or application of the written policies contained herein should be directed to the Human Resources Department.

This booklet is not all inclusive, therefore, it is recommended that employees consult the City of Coral Springs Policy Manual for a complete understanding of a given policy.

# TABLE OF CONTENTS

|  | Pages |
|---|---|
| Introduction | 1 |
| Table of Contents | 2 |
| Annual Leave | 3-5 |
| City-Related Subpoena Benefit | 6-7 |
| Compensatory Leave | 8-9 |
| Drug-Free Workplace | 10-14 |
| Employee Volunteer Firefighters | 15 |
| Employment of Relatives | 16 |
| Equal Employment Opportunity Statement | 17 |
| Formal Grievance | 18-19 |
| Funeral Leave | 20-21 |
| Gifts | 22 |
| Holidays and Personal Days | 23-24 |
| Jury Duty | 25-26 |
| Lay Offs | 27-28 |
| Longevity Benefits | 29-32 |
| Military Leave | 33-36 |
| Overtime Compensation for Group II Exempt Employees | 37-38 |
| Performance Evaluations | 39-44 |
| Political Activities | 45-46 |
| Prohibitions | 47 |
| Promotional Rate Policy | 48-50 |
| Resignation Procedures | 51-52 |
| Sexual Harassment | 53-57 |
| Sick Leave | 58-67 |
| Termination Procedures | 68-70 |
| Tuition Reimbursement | 71-74 |
| Wage and Hour | 75-78 |

# ANNUAL LEAVE
### Page 1 of 3

**Human Resources Policies**
**Benefits Section**

**Effective Date:  July 1, 1985**

## PURPOSE

To provide employees regular annual vacations with pay in order to maintain employee health, morale and efficiency.  Further, to provide employee time off with pay for any other purpose, such as personal business, religious holidays, etc.

## ELIGIBILITY

1.   Regular full-time employees:  an individual occupying a budgeted position and scheduled to work a normal forty (40) hour work week.

## PROVISIONS

1.   Only those employees who have completed sixty (60) days of employment are eligible to use their accrued annual leave.

2.   Each eligible employee shall accrue annual leave on a per pay period basis according to the following schedule:

| Years of Service | Hourly Accrual Rate | Maximum Accrual Hourly Accrual Rate |
|---|---|---|
| 0 to 5th Anniversary | .04616 | 96 |
| 5th anniversary | .05000 | 104 |
| 6th anniversary | .05385 | 112 |
| 7th anniversary | .05770 | 120 |
| 8th anniversary | .06154 | 128 |
| 9th anniversary | .06539 | 136 |
| 10th anniversary | .06924 | 144 |
| 11th anniversary | .06924 | 144 |
| 12th anniversary | .07308 | 152 |
| 13th anniversary | .07308 | 152 |
| 14th anniversary | .07693 | 160 |
| 15th anniversary | .07693 | 160 |
| 16th anniversary | .08077 | 168 |
| 17th anniversary | .08077 | 168 |
| 18th anniversary | .08077 | 168 |
| 19th anniversary | .08077 | 168 |
| 20th anniversary | .08077 | 168 |

3

**ANNUAL LEAVE**
Page 2 of 3

3. Employees shall accrue annual leave credits based on actual hours paid during the pay period but not to exceed forty (40) hours per work week.

4. Full-time employees may accrue annual leave to a maximum of two hundred forty (240) hours. Leave accrued in excess of 240 hours shall be forfeited.

5. <u>Transfer and Payment of Earned Vacation Leave</u>

   a. An employee who moves from one budgeted position to another budgeted position and maintains all eligibility requirements shall be credited with the employee's unused annual leave, provided there is no break in service.

   b. An employee who leaves a budgeted position that meets all eligibility requirements and enters a position that does not meet eligibility requirements shall be compensated for unused annual leave.

   c. An employee who separates from the City shall be compensated for unused annual leave.

   d. At the time of payment, employees, or their designated beneficiary, shall receive full payment for accrued annual leave at the employee's current base rate of pay. In no case shall an employee receive payment for accrued annual leave in excess of the two hundred forty (240) hours for full-time employees.

   e. Beyond the established termination date, a recipient of this benefit is no longer considered an employee of the City. As a result, the payment under this section is not considered salary for the purpose of determining eligibility for fringe benefits.

   f. The payments made pursuant to this section shall not be used in determining the average final compensation of an employee in a City Pension Plan.

   g. In the case of death, payments will be made as designated on the most recent "Designation of Beneficiary for Final Pay" form as filed in the Human Resources Department.

6. Administrative operating procedures as determined by the Director of Human Resources for this policy shall be applicable. Procedures may be amended by the Director of Human Resources from time to time as appropriate.

**ADMINISTRATIVE REPEAL**

The provisions contained herein shall supersede and replace all prior Annual Leave Policies.

**CITY OF CORAL SPRINGS**
**ADMINISTRATIVE OPERATING PROCEDURES**

**ANNUAL LEAVE**
(Authority: Administrative Policy 06.04.02)

**PROCEDURES**

1. **Request for Leave**

   a. The request for annual leave shall be submitted to the employee's Department Director on the appropriate forms.

   b. Annual leave may be taken only after approval by the appropriate Department Director, but every employee shall be encouraged to take at least ten (10) days leave during each year.

   c. Department Directors shall attempt to meet the leave requests of the employees with due consideration to the needs and scheduling requirements of the City. The Department Director's determination of schedule of annual leave shall be final.

   d. Use of annual leave shall not be authorized prior to the time it is earned and credited to the employee.

2. **Use of Earned Leave**

   a. If a holiday shall occur during an employee's vacation, that day will be charged as a holiday.

   b. Annual leave may be used and charged in increments not less than 1/10 (0.1) of an hour.

   c. Upon reasonable notice, a Department Director may require any employee to use any part of the employee's accrued annual leave at any time that is deemed advisable.

**For complete understanding of Annual Leave we suggest you look at Chapter 6/Section 4/Subject 2 of the City of Coral Springs Policy Manual.**

5



# CITY-RELATED SUBPOENA BENEFIT
### Page 1 of 2

**Human Resources Policies**                          **Effective Date:  June 7, 1986**
**Miscellaneous Section**

## PURPOSE

The City of Coral Springs recognizes that whenever an employee is subpoenaed for a City-related deposition or court appearance, the employee may spend a certain period of time in a state of readiness.  If this state of readiness occurs during an employee's off-duty hours, the time is not construed as hours worked and is not included as compensable hours under the Fair Labor Standards Act.  However, in recognition of the inconvenience caused by these circumstances, the City has chosen to provide a benefit for employees responding to such a City related subpoena.

## DEFINITIONS AND CONDITIONS

The benefit provided in this Policy is subject to the following definitions and conditions:

a.   Subpoena - a document requiring an employee to appear either for deposition or at court to give testimony upon a City-related matter.

b.   A subpoena may schedule this appearance at a time certain or it may place an employee on notice to appear if needed.

c.   If placed on notice to appear if needed:

   1.   The subpoenaed employee must call and provide a phone number where they can be contacted, and

   2.   The subpoenaed employee must have the ability to respond in the appropriate attire if called for an appearance.

d.   The inconvenience noted in (c) above must occur during an employee's off-duty hours.

e.   The subpoena must be related to City business.

6

**CITY-RELATED SUBPOENA BENEFIT**
Page 2 of 2

## PROVISIONS

a.  When City employees are served with a subpoena putting them on notice to appear if needed, the employee must notify his/her supervisor so that the employee's work schedule can be arranged for the employee to be available if necessary.

b.  For eligible personnel this benefit will be paid as follows:

    1.  $2.50 for each hour during off-duty hours on a regular scheduled work day with a maximum of two (2) hours a day.

    2.  $5.00 for each hour during a regular scheduled day off with a maximum of two (2) hours a day.

c.  Upon receipt of a City-related subpoena, whenever deemed appropriate by the Department Director, a copy of this subpoena should be provided to the City Attorney's Office.

d.  It is the responsibility of a subpoenaed employee to personally contact the departmental designated person one (1) hour prior to the start of the designated time for information regarding case status (i.e., whether it is still active and what duration of time is required; actual time of appearance if known; release from subpoena by State Attorney's Office, etc.).

e.  Actual appearance time pursuant to a subpoena will be considered as hours worked and will be compensated in accordance with established City Policy. However, in order to be considered as comprehensible time, this actual appearance time must be for City-related business only.

f.  This Subpoena Benefit Policy will operate in conjunction with established departmental guidelines in existence.

## ADMINISTRATIVE REPEAL

The provisions contained herein shall supersede and replace all prior City-Related Subpoena Benefit Policies.

For complete understanding of City Related Subpoena Benefits we suggest you look at Chapter 6/Section 11/Subject 6 of the City of Coral Springs Policy Manual.

# COMPENSATORY LEAVE

**Page 1 of 2**

**Human Resources Policies**
**Compensation Section**

**Effective Date:  April 12, 1986**

## PURPOSE

To establish criteria relative to the eligibility, accrual and utilization of compensatory time.  Compensatory time is defined as time off from work in lieu of monetary payment for having worked in excess of the scheduled work period.

## ELIGIBILITY

1.  All employees covered by the Fair Labor Standards Act (FLSA) as amended, are designated as Group I employees.

2.  Employees not covered by FLSA, and designated as Group II employees.

## PROVISIONS

1.  Compensatory leave may be accrued by Group I and Group II designated employees up to a maximum of eighty (80) hours of compensatory time at the discretion of the Department Director.

2.  Once compensatory time has been earned and accrued, it may not be cashed in for monetary payment during the period of employment.

3.  The earning and use of compensatory time must be in compliance with the provisions set forth in this and other related policies in order to be considered authorized and valid.

Administrative operating procedures as determined by the Director of Human Resources for this policy shall be applicable.  Procedures may be amended by the Director of Human Resources from time to time as appropriate.

## ADMINISTRATIVE REPEAL

The provisions contained herein shall supersede and replace all prior City Compensatory Leave Policies.

**COMPENSATORY LEAVE**
Page 2 of 2

### CITY OF CORAL SPRINGS
### ADMINISTRATIVE OPERATING PROCEDURES

### COMPENSATORY LEAVE
(Authority:  Administrative Policy 06.03.06)

**PROCEDURE**

1.    Group I employees will be allowed to utilize compensatory leave provided reasonable written notice of utilization is given. The Department Director must authorize all compensatory leave use based on departmental operations not being unduly disrupted by the employee's use of compensatory leave.  The Group I employee will be advised of the approval or denial of the request.

2.    Group II employees must request advance approval from the Department Director through their chain of command. The Department Director will exercise discretion concerning the request, based on the operational or scheduling needs of the department.  The Group II employee will be advised of the approval or denial of the request.

3.    Upon a Group I employee's departure from City employment, accrued compensatory time shall be paid out in a monetary lump sum in accordance with FLSA guidelines in effect at the time of departure.

4.    Upon a Group II employee's departure from City employment, accrued compensatory time shall be paid out in a monetary sum at the employee's final base rate of pay.

For a complete understanding of Compensatory Leave we suggest you look at Chapter 6/Section 3/Subject 6 of the City of Coral Springs Policy Manual.

9

# DRUG-FREE WORKPLACE

**Page 1 of 5**

**Human Resources Policies**
**Standards of Conduct Section**

**Effective Date:  July 17, 1991**

## POLICY

The City of Coral Springs promotes a safe and healthy environment for its citizens and its employees, free of drugs and alcohol abuse, misuse of prescription drugs and illegal substances.  It is the City's policy to provide a drug and alcohol free workplace at all times and to prohibit drug and alcohol abuse in the workplace.  Further, it is the City's goal to provide reasonable assistance to its employees that voluntarily recognize a personal need in order to become drug-free.  Therefore, it is the responsibility of all employees to adhere to a drug and alcohol free workplace in support of this policy. Violations of a drug-free workplace will not be tolerated and will result in disciplinary actions up to and including termination.

## DEFINITIONS

1.  Drug-free Condition - Employee's physical and mental condition not subjected to use of illegal drugs and substances or alcohol, or abuse of prescription drugs.

2.  Reasonable Suspicion - an inference which has factual foundation and which, when viewed in light of the supervisor's own experience, would require further investigation. A factual foundation may include observations of the employee's behavior or performance such as, but not limited to, bloodshot eyes, staggering gait, odor of alcohol or substance, erratic behavior, violent mood swings, extreme or unusual lethargy or excitation.

3.  Drug and Alcohol Screening - A urine specimen test conducted to determine the presence of drugs or a breathalyzer test conducted to determine the use of alcohol.  If a screening is positive for either, a second confirmation test may be required.

## PROVISIONS

1.  In support of a drug-free workplace program, the City prohibits work environment possession or use of illegal drugs and substances, or alcohol, or abuse of prescription drugs on the job.

2.  All employees are expected to report to work in a state of mind and physical condition to perform their assigned duties safely and competently.

**DRUG-FREE WORKPLACE**
**Page 2 of 5**

3.   All levels of supervisors share responsibility for implementing and communicating this policy, for recognizing and responding to violations of this policy, and for providing an opportunity for employees to seek assistance to become drug-free.

4.   Employees who voluntarily recognize a personal need for assistance to become drug-free will be provided an opportunity to do so by contacting the Human Resources Department to engage Employee Assistance Program provider directly in a confidential manner. Abuse of this privilege or failure to maintain a drug-free condition shall result in disciplinary action up to and including termination.

5.   Confidentiality shall be maintained to the extent allowed by law to persons who seek Employee Assistance Services. Such services are not to be construed as protection from disciplinary measures resulting from job-related infractions, misconduct, offenses, or less than satisfactory job performance. As an example, possession or use of illegal drugs or abuse of prescription drugs during regularly scheduled work hours shall be considered extreme misconduct.

6.   Employees shall notify their supervisor of a conviction for drug use within 5 days. Such employees shall be required to participate in a drug abuse program. Failure to notify the supervisor as required or to achieve a drug-free condition through participation in a drug abuse program will subject the employee to disciplinary actions up to and including termination.

7.   All employees are subject to "reasonable suspicion" testing. Failure or refusal to submit to a required examination will subject the employee to disciplinary action up to and including termination. Employees who receive a positive confirmed drug-test result may contest or explain the results to the employer within (5) five working days after notification of the positive test result.

8.   Employees must report to their supervisors the use of medications (prescribed or over the counter) which may impair their ability to safely perform their jobs. Violations of this requirement may result in disciplinary action.

9.   Administrative operating procedures as determined by the Director of Human Resources for this policy shall be applicable. Procedures may be amended by the Director of Human Resources from time to time as appropriate.

## ADMINISTRATIVE REPEAL

The provisions contained herein shall supersede and replace all prior City Drug-Free Workplace Policies.

11

## CITY OF CORAL SPRINGS
## ADMINISTRATIVE OPERATING PROCEDURES

### DRUG-FREE WORKPLACE
(Authority:  Administrative Policy 06.01.03)

### Section A - Voluntary Participation

1. Employees who wish to voluntarily participate in an employee assistance drug-free program may indicate their desire by contacting the Human Resources Department or the employee may contact the Employee Assistance Program provider directly in a confidential manner.  Confidentiality will be provided to the extent allowed by law.

2. Employees participating in a recognized drug/alcohol rehabilitation program through the City's Employee Assistance Program may request a medical Leave of Absence for the period of rehabilitation within the provisions of the Leave of Absence Policy (No. 06.11.03).  During a medical Leave of Absence, employees may be permitted to use their personal sick and annual leave accruals, if any, during that period of time in the rehabilitation process that necessitates an employee to stay in a rehabilitation facility.  Proper verification of such instances shall be submitted to the Director of Human Resources by the employee prior to utilization of accruals.

3. Once an employee has participated in a drug/alcohol rehabilitation program, the employee shall be considered drug-free. However, regulations require a follow-up testing program.  Therefore, the City will require the employee to submit to semi-annual drug and/or alcohol testing for the year following completion of rehabilitation program.

4. Employees who have participated in a rehabilitation program and are drug-free may return to work with a "release from care" notice.

5. Any further indications of drug or alcohol abuse shall result in the consideration of any previous drug-alcohol abuse as a continuing pattern of abuse and shall subject the employee to disciplinary actions up to and including termination.

12

**DRUG-FREE WORKPLACE**
**Page 4 of 5**

### Section B - Supervisory Observation

1.  Supervisors having a reasonable suspicion of employee drug and/or alcohol abuse should immediately contact their next higher level of supervision to review the situation.

2.  If the next level of supervision concurs with the reasonable suspicion, then the supervisors should first ensure the employee's safety by reviewing the employee's job duties and removing that employee from performing any duties (i.e., driving of vehicles or machinery) which may cause harm to the employee, co-workers, the public or may cause damage to City or public property. The employee should be informed of the reason for the prohibitions with care given to maintain confidentiality. Then together, the Department Director of the two levels of supervision should contact the Director of Human Resources to review the situation and arrange for a drug/alcohol screening test at a local facility within a reasonable period of time.

3.  Extreme confidence shall be maintained as much as possible in order to protect the suspected employee's rights.

4.  Once the screening test has been scheduled, the employee shall be escorted by a designee supervisor within their department to the facility to conduct the test. A positive screening may require a second test to confirm the original test results.

5.  Employees refusing or declining to submit to drug/alcohol screening tests shall be subject to disciplinary actions up to and including termination for failing to participate in such tests. Refusals or declinations are construed as admissions of drug/alcohol abuse and violate the City's drug-free workplace.

6.  An employee testing negatively shall be returned to the workplace to resume their duties with counseling by the supervisors to ensure the safety of operations and the employee. A Record of Discussion shall be completed to document the counseling and advise the employee to correct the performance, if any, which led to the reasonable suspicion.

7.  An employee testing positively on both the original and subsequent testings shall be placed on suspension with pay immediately while an investigation is conducted on the matter. Upon conclusion of the investigation, found to have violated the City's drug-free workplace program, shall be subject to discipline up to and including termination.

13

8.    Prior to the severest measure of discipline, an involuntary termination of employment, regular status employees will be granted the privilege of due process.

**For complete understanding of Drug-Free Workplace we suggest you look at Chapter 6/Section 1/Subject 3 of the City of Coral Springs Policy Manual.**

# EMPLOYEE VOLUNTEER FIREFIGHTERS

**Page 1 of 1**

**Human Resources Policies**          **Effective Date: March 24, 1978**
**Miscellaneous Section**

## CITY EMPLOYEES AS VOLUNTEER FIREFIGHTERS

Any City employee who elects to become a member of the Coral Springs volunteer Fire Department and who qualifies to be a Volunteer Firefighters will be allowed to be released from the employee's normal employment, at times when the City's Fire Administrator requests an employee (or employees) to be released from duty for the purpose of fighting fires in the City of Coral Springs.

It is clearly understood when City employees are performing duties as Volunteer Firefighters that they are functioning primarily in the job for which they were employed by the City and assisting the Volunteer Fire Department is a secondary responsibility; and, as such, they are eligible for the protection offered by City Insurance and Worker's Compensation benefits.

## ADMINISTRATIVE REPEAL

The provisions contained herein shall supersede and replace all prior City Employee Volunteer Firefighters Policies.

**For complete understanding of Employee Volunteer Firefighters we suggest you look at Chapter 6/Section 11/Subject 1 of the City of Coral Springs Policy Manual**

15

# EMPLOYMENT OF RELATIVES
### Page 1 of 1

**Human Resources Policies**
**Hiring Procedures Section**

**Effective Date: August 11, 1975**

## PURPOSE

To prescribe Human Resources Policies regulating the employment of "immediate relatives".

## DEFINITION

For the purpose of this Policy, the following shall be considered "immediate relatives": Husband, wife, son, daughter, father, mother, brother, sister, grandparents, grandchildren, or any relative living in the same household.

## POLICIES

1. No person may be hired into the same department in which he/she has an "immediate relative" working.

2. No person may be transferred into a department in which he/she has an "immediate relative" working. Provisions of this Policy will not affect persons employed and assigned when the Policy was created.

3. Persons becoming husband and wife while working within the same department may continue their employment in their respective department subject to Department Head approval.

## ADMINISTRATIVE REPEAL

The provisions contained herein shall supersede and replace all prior City Employment of Relatives Policies.

**For complete understanding of Employment of Relatives we suggest you look at Chapter 6/Section 2/Subject 3 of the City of Coral Springs Policy Manual.**

# EQUAL EMPLOYMENT OPPORTUNITY STATEMENT

Page 1 of 1

**Human Resources Policies**             **Effective Date:  January 1, 1987**
**Hiring Procedures Section**

## POLICY

The City of Coral Springs is an Equal Opportunity Employer and prohibits discrimination because of race, color, creed, religion, national origin, sex, age, political affiliation, handicap (except where such factor is a bona fide occupational qualification or is required by State and/or Federal law), or marital status in all aspects of its personnel policies, programs, practices, recruitment, examination, appointment, training, promotion, retention or any other actions and operations.

## PURPOSE

The purpose of this Policy is to reaffirm the City's position regarding non-discrimination in all matters.

## PROCEDURE

1.    All recruitment activities, hiring, training and promotions to all job classifications will be based on valid qualifications without regard to race, color, religion, sex, national origin, age, handicap, or marital status.

2.    All decisions on employment will be based so as to further the principle of equal employment opportunity.

3.    All other personnel actions such as compensation, benefits, transfers, layoffs, recalls, training, education, tuition assistance, and terminations, among others, will be administered without regard to race, color, religion, sex, national origin, age, handicap, or marital status.

## ADMINISTRATIVE REPEAL

The provisions contained herein shall supersede and replace all prior City Equal Employment Opportunity Statement Policies.

For complete understanding of the Equal Employment Opportunity Statement we suggest you look at Chapter 6/Section 2/Subject 1 of the City of Coral Springs Policy Manual.

# FORMAL GRIEVANCE
### Page 1 of 2

**Human Resources Policies**
**Hiring Procedures Section**

**Effective Date:  October 1, 1983**

## POLICY

It shall be the general policy of the City to anticipate and avoid occurrence of valid complaints or grievances, and to deal promptly with any which may arise.  Except where there is an acceptable reason for not doing so, all matters of this nature will be handled and transmitted through supervisors in the following order, according to the department's chain of command:

1. Immediate Supervisors
2. Department Director
3. City Manager

## PURPOSE

The primary purpose of this grievance procedure is to determine what is right rather than who is right.  Free discussion between employees and supervisors will lead to better understanding by both practices, policies and procedures which affect employees.  Discussion will serve to identify and help eliminate conditions which may cause misunderstandings and grievances.  This purpose is defeated of a spirit and conflict enters into the consideration of a grievance.  Supervisors and employees alike must recognize the true purpose of the grievance procedure if it is to be of value in promoting the well-being of the City.

## DEFINITION

Grievance:  A complaint, a view or an opinion pertaining to employment conditions, to relationships between an employee and supervisor or to relationship with other employees.  Employees should first discuss any problem or complaint which is in the nature of a grievance with their immediate supervisor.

## PROVISIONS

Administrative operating procedures as determined by the Director of Human Resources for this policy shall be applicable.  Procedures may be amended by the Director of Human Resources from time to time as appropriate.

## ADMINISTRATIVE REPEAL

The provisions contained herein shall supersede and replace all prior City Formal Grievance Policies.

18

**FORMAL GRIEVANCE**
**Page 2 of 2**

CITY OF CORAL SPRINGS
ADMINISTRATIVE OPERATING PROCEDURES

FORMAL GRIEVANCE
(Authority:  Administrative Policy 06.10.02)
(Note: Please refer to Sexual Harassment Procedures in those instances.)

**PROCEDURE**

1.   Employees are encouraged to discuss with their immediate supervisor any grievance that they might have and resolve said grievance in an _informal_ manner.

2.   Formal Presentation to Immediate Supervisor:  The employee shall present a written grievance to the immediate supervisor, who shall make a decision and advise the employee of the decision in writing within three working days, unless the grievance is a personal grievance against the immediate supervisor; in which case, the employee may request to discuss the grievance at the next level of command.  Supervisors are encouraged to consult with their superiors to reach a mutually equitable solution.

3.   Appeal to Department Head:  If the grievance is not resolved by the immediate supervisor to the satisfaction of the employee, or if a decision is not made within three (3) working days, the nature of the grievance shall then be submitted in writing by the employee to the department head, through the chain of command.  Also, attached must be a copy of the written reply of the immediate supervisor's decision.

4.   Appeal to the City Manager:  If the disposition of the grievance by the department director is not satisfactory to the employee or if a decision is not made within five (5) working days, the employee may, in writing, refer the grievance to the City Manager through the chain of command.

5.   Appeal to the City Manager must be filed by the employee within five (5) working days after receipt of the department director's decision.  The City Manager will act upon the appeal within ten (10) working days.  The decision of the City Manager shall be final and the employee shall have no further right of administrative appeal.

For complete understanding of Formal Grievances we suggest you look at Chapter 6/Section 2/Subject 1 of the City of Coral Springs Policy Manual.

# FUNERAL LEAVE
**Page 1 of 2**

**Human Resources Policies**
**Benefits Section**

**Effective Date:  May 10, 1991**

## PURPOSE

Funeral leave is provided expressly for periods of bereavement and attending the funeral of an "immediate family member" or defined "relative".

## PROVISIONS

1.    In the event of death within an employee's immediate family, the employee may be authorized up to five (5) working days of paid funeral leave.

2.    In the event of death of a relative other than immediate family, the employee may be authorized up to three (3) working days of paid funeral leave.

Administrative operating procedures as determined by the Director of Human Resources for this policy shall be applicable.  Procedures may be amended by the Director of Human Resources from time to time as appropriate.

## ELIGIBILITY

Employees occupying a regular full-time position are eligible for this privilege.

## DEFINITIONS

1.    The "immediate family" is defined as:  Employee's spouse, son, daughter, father, mother, brother, sister.

2.    A "relative" is defined as grandparent, grandchild, father-in-law, mother-in-law, son-in-law, daughter-in-law, sister-in-law or brother-in-law, stepparent, stepchild, half-brother, half-sister or any relative living in the same household.

## ADMINISTRATIVE REPEAL

The provisions contained herein shall supersede and replace all prior Funeral Leave Policies.

**FUNERAL LEAVE**
**Page 2 of 2**

## CITY OF CORAL SPRINGS
## ADMINISTRATIVE OPERATING PROCEDURES

### FUNERAL LEAVE
### (Authority:  Administrative Policy 06.04.04)

**PROCEDURE**

1.    The employee should notify the Department Director, as soon as possible, of a need for funeral leave.    The employee may be required to submit documentation to support a request for this privilege.

2.    Funeral leave is not deducted from the employee's accrued leaves.

**For complete understanding of Funeral Leave we suggest you look at Chapter 6/Section 4/Subject 4 of the City of Coral Springs Policy Manual.**

# GIFTS
**Page 1 of 1**

**Human Resources Policies**
**Standards of Conduct Section**

**Effective Date:  January 23, 1990**

## POLICY

It is the policy of the City of Coral Springs to prohibit any employee from soliciting or receiving, directly or indirectly, any monies, service, or other valuable consideration from a private citizen or business firm which might tend to improperly influence the employee in the discharge of official duties.  Any city-wide benefit will be allowed, but any benefit which accrues to an individual or a particular department will not be allowed.  City employees shall conduct themselves in an ethical manner at all times. Employees considered to be in violation of this policy shall be subject to disciplinary actions up to and including termination of employment.

## PROVISIONS

1.  Upon discovery of policy violation, the Department Director shall inform the Director of Human Resources of the situation.  If the violation warrants employee discipline greater than Delegation of Authority provides for Department Directors the Director of Human Resources, the City Manager shall also be informed immediately.

2.  Recommendations and authorizations for disciplinary actions shall follow appropriate City policies.

## ADMINISTRATIVE REPEAL

The provisions contained herein shall supersede and replace all prior City Gifts Policies.

For complete understanding of Gifts we suggest you look at Chapter 6/Section 1/Subject 4 of the City of Coral Springs Policy Manual.

# HOLIDAYS AND PERSONAL DAYS

Page 1 of 2

**Human Resources Policies**          **Effective Date:  April 1, 1990**
**Benefits Section**

## POLICY

Holidays are provided as a benefit to permit City employees to observe well recognized holidays.

## HOLIDAYS OBSERVED

1.   The following days are observed as official holidays by the City of Coral Springs:

- New Year's Day
- Three Personal Days
- President's Day
- Memorial Day
- Independence Day
- Labor Day
- Veteran's Day
- Thanksgiving Day
- Day after Thanksgiving
- Christmas Day

2.   If a holiday falls on Saturday, the preceding Friday will be observed.  If a holiday falls on Sunday, it will be observed on the following Monday.

## ELIGIBILITY

1.   All full-time employees in a regular budgeted position are eligible for the designated holidays immediately upon employment, with the exception of the Personal Days.  Full-time employees are eligible for the Personal Days upon satisfactory completion of six (6) months of employment prior to December 31 of each year.

2.   All employees must either work or be in full pay status on the day immediately prior to and following a holiday in order to be paid for the holiday.

3.   Temporary and part-time employees shall not be eligible for holiday pay.

**HOLIDAYS AND PERSONAL DAYS**
**Page 2 of 2**

## POLICY ADMINISTRATION

1.  Provisions

    a.  Employees who are required to work on the observed holiday may be granted equal time off on another day elected by the employee and approved by the Department Director.

    b.  Employees on any approved leave with pay during an observed holiday shall be charged with holiday leave.

2.  Limitations

    a.  The Personal Days must be scheduled with the approval of the Department Director prior to usage.

    b.  All full-time regular employees shall be granted eight (8) hours of leave with pay for each of these holidays, regardless of the days or hours which constitute the work week. Holidays must be taken in increments of no less than eight (8) hours.

    c.  The Personal Days must be utilized prior to December 31 of each year.

## ADMINISTRATIVE REPEAL

The provisions contained herein shall supersede and replace all prior City Holidays and Personal Days Policies.

**For complete understanding of Holidays and Personal Days we suggest you look at Chapter 6/Section 4/Subject 6 of the City of Coral Springs Policy Manual.**

24

# JURY DUTY
## Page 1 of 2

**Human Resources Policies**
**Miscellaneous Section**

**Effective Date:  May 28, 1986**

## PURPOSE

The City recognizes jury duty as a civic responsibility and therefore urges all employees to fulfill this obligation.  An eligible employee may receive their pay in an amount not to exceed eight (8) hours per day from the City for satisfying this civic duty.

## ELIGIBILITY

All regular full-time City employees are eligible for this privilege.

## PROVISIONS

Jury duty leave may be authorized for eligible employees who may be required to serve jury duty on a regularly scheduled employee work day, provided that such leave is requested in advance from the respective Department Director.

Administrative operating procedures as determined by the Director of Human Resources for this policy shall be applicable. Procedures may be amended by the Director of Human Resources from time to time as appropriate.

## ADMINISTRATIVE REPEAL

The provisions contained herein shall supersede and replace all prior City Jury Duty Policies.



**CITY OF CORAL SPRINGS**
**ADMINISTRATIVE OPERATING PROCEDURES**

**JURY DUTY**
**(Authority:  Administrative Policy 06.11.02)**

**PROCEDURE**

(1)   An employee must promptly present the Jury Duty Summons Notice in advance
as proof of a need for Jury Duty Leave to the respective Department Director.
Only employees presenting such advance notice may be eligible for pay from
the City in an amount not to exceed eight (8) hours per day for each regularly
scheduled employee workday which jury duty falls on.

(2)   An employee may retain the mileage reimbursement and the daily statutory fee
received from the court for performing this civic duty.

For complete understanding of Jury Duty we suggest you look at Chapter 6/Section
11/Subject 2 of the City of Coral Springs Policy Manual.

26

# LAY OFFS
**Page 1 of 2**

**Human Resources Policies**          **Effective Date:  October 1, 1983**
**Resignation & Layoffs**

## PURPOSE

The City recognizes that circumstances may prevail which may facilitate a decision to proceed with an employee layoff.

## PROVISIONS

1.  The City Manager shall have the final authority to lay off any employee(s) because of lack of funds, work or when there has been an insufficient appropriation to meet salary requirements necessary to maintain existing personnel in any office, department or division.

2.  A reduction in the number of employees in a job classification shall be made by employee performance rating and seniority.

3.  Whenever it becomes necessary to reduce the number of employees in a given job classification and notice of such layoff is given to the affected employee(s) for any of the reasons enumerated herein, this notice shall be final and not subject to appeal.

4.  When it is found necessary to reduce the number of employees in one job classification in several departments, such reduction may be made of employees occupying positions in each of their respective departments without considering employees in other departments.

Administrative operating procedures as determined by the Director of Human Resources for this policy shall be applicable.  Procedures may be amended by the Director of Human Resources from time to time as appropriate.

## ADMINISTRATIVE REPEAL

The provisions contained herein shall supersede and replace all prior City Lay Offs Policies.

**LAY OFFS**
**Page 2 of 2**

CITY OF CORAL SPRINGS
ADMINISTRATIVE OPERATING PROCEDURES

**LAY OFFS**
(Authority: Administrative Policy 06.08.02)

**PROCEDURE**

1.  Subsequently, on advice of the Department Director and concurrence of the Director of Human Resources, the City Manager shall give written notice to any employee being separated, at least two weeks prior to the effective date of such separation, with reason and effective date contained in the notice.

2.  Once notice has been given to the affected employee(s) in accordance with policy provisions, the Department Director shall then prepare the appropriate forms and forward to Human Resources for processing.

3.  The employee shall be advised to report to "clear" with the Human Resources Department sometime during their last day of work. Upon satisfactory completion of the Employee Termination Clearance form and the return of any respective City property, the employee's final pay check will be calculated accordingly and should be available at the next regularly scheduled payroll.

For complete understanding of Layoffs we suggest you look at Chapter 6/Section 8/Subject 2 of the City of Coral Springs Policy Manual.

# LONGEVITY BENEFITS
### Page 1 of 4

**Human Resources Policies**
**Compensation Section**

**Effective Date:  January 1, 1990**

## PURPOSE

To provide tiered benefit incentives to long-term employees, giving recognition for
length of service, continuous and meritorious service, and additional recognition for
"commendable" or "outstanding" job performance rated all satisfactory or above with
the City.

## DEFINITIONS

1. Full-time regular employees are defined as those employees in pay status a
   minimum of 40 hours per week on a regular, continuous basis in a budgeted
   position, and may be eligible for Section A, Section B, and may qualify annually
   for Section C of Longevity Benefits.

2. Part-time regular employees are defined as those employees in pay status a
   minimum of 1040 hours per year in a budgeted part-time position and may be
   eligible for only Section A of Longevity Benefits.

## LONGEVITY BENEFITS

Section A:  Longevity Pay

Eligible employees are those employees who have been employed with the City on a
regular, continuous basis in a budgeted position for a minimum of five years or have
completed their fifth year of employment by the end of the calendar year, and who
are employed on December 1 and may be eligible for Section A of this policy.

o     Eligible employees shall receive a one-time payment each year at the rate of 1%
      of their December 1st annual base salary for full-time employees, and at the
      rate of 1% of their preceding 12 month earnings for part-time employees.

**LONGEVITY BENEFITS**
**Page 2 of 4**

<u>Section B</u>:  Longevity Merit Pay

Eligible employees are those employees who have served the City on a regular and continuous basis with satisfactory performance for a minimum of 10 years of service on a regular full-time basis.

o  Eligible employees may receive a Section B Longevity Benefit at the rate of 2½ % of their annual base salary upon completion of their 10th year of service, and an additional 2½ % of their annual base salary upon completion of their 15th year of service, and an additional 2½ % of their annual base salary upon completion of their 20th year of service.

o  Eligibility for Section B does not indicate that Longevity Benefit increase is automatic.

o  A performance evaluation is required with the recommendation of the immediate supervisor and Department Director for consideration of this section of this policy.

o  In the event an employee is not recommended for Section B of this policy, the employee shall be eligible for reconsideration 12 months subsequent to his/her eligible date.

<u>Section C</u>:  Longevity Performance Bonus

Employees may be eligible for Section C upon meeting all the following criteria:

o  Employee has served the City on a regular and continuous full-time basis for 7 years, and

o  Employee has all performance evaluation categories that rating year of satisfactory or above as defined and recognized on the City's Performance Evaluation form, and

o  Employee has attained the maximum pay step of their classification's respective pay range.

An employee who qualifies for Section C who does not receive a full merit increase because they are at or close to the maximum of their pay range may receive the merit increase and the difference of the Longevity Performance Bonus. If the dollar value of the merit increase is greater than the bonus then the employee shall not be entitled to a Section C bonus that year.

Eligible regular, full-time employees may receive a one-time lump sum longevity performance bonus payment each year as follows:

| Years of Service | Bonus Payment |
|---|---|
| 7 through 9 | $200 |
| 10 through 14 | $400 |
| 15 through 19 | $600 |
| 20 through 24 | $800 |

## PROVISIONS

1.  Employee shall receive Section A annually, if eligible, and Section B upon eligibility, and in order to also receive Section C, must re-qualify annually for Section C.

2.  Administrative operating procedures as determined by the Director of Human Resources for this policy shall be applicable. Procedures may be amended by the Director of Human Resources from time to time as appropriate.

## ADMINISTRATIVE REPEAL

The provisions contained herein shall supersede and replace all prior City Longevity Pay and Longevity Merit Policies.

CITY OF CORAL SPRINGS
ADMINISTRATIVE OPERATING PROCEDURES

**LONGEVITY BENEFITS**
(Authority:  Administrative Policy 06.03.02)

1.     Any pay earned for Longevity Benefits is subject to required federal deductions.

2.     Each Department Director is responsible for projecting the number of employees eligible for Longevity Benefits in their Department and budget accordingly for each fiscal year.

3.     Eligible employees will receive their Section A checks in the last month of the calendar year.  Distribution date of the Section A checks will be determined by the City Manager.  Employees who terminate from City employment prior to December 1st or terminate prior to their job anniversary date will not be entitled to any payment of this benefit.

4.     Section B Benefits shall be paid to the employee in their regular bi-weekly pay check commencing at the beginning of the pay period which eligibility is met. Each department is required to process through normal channels the appropriate form for such a pay increase along with a Performance Evaluation.  Section B Benefits shall not be paid beyond termination payouts.

5.     Eligible employees who qualify for Section C bonus payments will receive their checks after their job anniversary date.  Distribution date of Section C checks will be determined by the City Manager.  Terminating employees or terminated employees will not be entitled to any payment of this benefit.

For complete understanding of Longevity Benefits we suggest you look at Chapter 6/Section 3/Subject 2 of the City of Coral Springs Policy Manual.

32

# MILITARY LEAVE

**Human Resources Policies**          **Effective Date:  February 11, 1991**
**Miscellaneous Section**

## POLICY

The City of Coral Springs recognizes an employee's responsibility to fulfill U.S. Military Armed Forces obligations or annual training sessions or active duty call-up and provides this benefit to eligible employees.

## DEFINITIONS

**Military Reserves** - military units not routinely engaged in active duty status and identified as National Guard, Air National Guard, Office Reserve Corp., Army Reserve, Air Force Reserve, Marine Corp. Reserve, and Coast Guard Reserve.  These units may have annual short term training sessions.

**Short Term Military Leave** - a paid period of time for military reservists up to seventeen (17) calendar days annually for the purpose of short term military training sessions.

**Active Duty Status:**  military reservists who receive official orders to report for active military duty not regarded as a training session.

**Long Term Military Leave** - a period of time when military reservists are called to active duty status for not more than four (4) years plus a one (1) year additional voluntary extension if at the request and convenience of the government for active military duty in the Armed Forces.

**Supplemental Pay** - an amount necessary to bring the employee's total salary, inclusive of the military pay, to the net base level earned at the time the employee was called to active military duty.

**Armed Forces Physical Examination** - a medical/physical examination required by the military.

## ELIGIBILITY

All regular full-time employees of the City who are called for military reserve or active duty status.  Florida Statute 115 will be complied with for other types of employees.

**MILITARY LEAVE**
**Page 2 of 4**

**PROVISIONS**

1.  All actions relative to Military Leave are governed by the provisions of Florida Statute 115, or other legislation as amended from time to time.

2A.  Short Term Military Leave - An eligible employee receiving official orders to report for reserve duty may receive their normal pay for that period of duty, known as Short Term Military Leave, not to exceed seventeen (17) calendar days annually. A copy of the official document confirming the order must be furnished to the Department Director prior to the leave period.

B.  Upon completion of the Short Term Military Leave, the employee must submit a written statement from their Commanding Officer attesting to their satisfactory performance to their Department Director in order to receive the normal pay during the Short Term Military Leave.

3A.  Long Term Military Leave - An eligible employee who is an active or inactive military reservist receiving official orders to report for active duty may receive supplemental pay for that period of active duty, known as Long Term Military Leave. A copy of the official document confirming the order must be furnished to the City Manager through the Department Director and the Director of Human Resources. This copy must be submitted prior to the leave period.

B.  Upon completion of the Long Term Military Leave, an employee must return to work within ten (10) working days after an Honorable Discharge. Supplemental pay shall cease upon the effective date of an Honorable Discharge. Employees may use other types of leave in accordance with City policies if there is a reasonable gap between the effective date of an Honorable Discharge and the employee's return to work, provided the employee reports to work within ten (10) working days of the Honorable Discharge. Proof of Honorable Discharge shall be submitted to the Department Director and the Director of Human Resources. The employee must be physically and mentally capable of satisfactory performance of job duties assigned in the formally held position. An equivalent position may be offered if the former position no longer exists. A medial examination may be required at the discretion of the Director of Human Resources.

C.  Any employee discharged with less than an Honorable Discharge shall not be eligible for supplemental pay or other benefits provided to employees. Such instances shall be considered as the employee having resigned without notice and shall only be eligible for mandated provisions of Florida Statute 115.


D.   Employees with dependent health coverage can continue medical coverage for dependents through payroll deductions during the active duty period.

E.   To supplement the employee's net base pay, the employee's budgeted position would be frozen and salary savings shall be used to fund the difference between the employee's current net base pay and any military pay. Additionally, the employee's status would be frozen as well.

F.   The period of military leave shall not count towards any City benefit. When the employee returns to work in accordance with these provisions, benefits will be in accordance with statutory requirements.

G.   No accruals for sick leave, annual leave or longevity shall occur during a Long Term Military Leave. The period of Military Leave shall not be considered as a break in service, but shall not count as service credits for any benefits. Longevity bonuses and Attendance Incentive benefits shall be suspended for the duration of Military Leave.

H.   Contributions and service credits for any pension plan or ICMA Money Purchase Plans shall be suspended until the employee returns to work status.

I.   Employees on Military Leave shall remain at their current dollar value of their current pay step during Military Leave. For future earnings, the employee's current pay step will reflect any across the board increases that may have occurred during Military Leave upon the employee's return to work. No retroactive adjustments shall be considered.

J.   Probationary statuses shall remain in effect until the employee completes and successfully passes any such status after Military Leave.

K.   Merit increases shall be suspended for the duration of Military Leave; the employee must earn such increases upon returning to work. Merit increases that may have occurred if the employee has not been called to active duty shall not be implemented automatically.

L.   Job Anniversary dates shall not be effected by any Military Leave.

M.   If an employee on Military Leave fails to return to work within ten (10) working days of an Honorable Discharge, then the employee must apply for re-employment within ninety (90) calendar days after completion of military service or within thirty-one (31) calendar days after completion of initial active duty for training of not less than three (3) months. Florida Statutes shall apply in these instances.

**MILITARY LEAVE**
**Page 4 of 4**

4.      Employees called for a Selective Service Physical shall be entitled to time off
with pay.  To earn this leave, the employee must present a copy of Military
Leave notice to the Department Director and the Director of Human Resources
prior to taking the required physical.


**ADMINISTRATIVE REPEAL**

The provisions contained herein shall supersede and replace all prior City Military
Leave Policies.

For complete understanding of Military Leave we suggest you look at Chapter
6/Section 11/Subject 7 of the City of Coral Springs Policy Manual.

# OVERTIME COMPENSATION FOR GROUP II EXEMPT EMPLOYEES

Page 1 of 2

**Human Resources Policies**
**Compensation Section**

**Effective Date:  April 12, 1986**

## PURPOSE

To establish guidelines for compensation of overtime hours for eligible employees not covered by the Fair Labor Standards Act (FLSA) as amended from time to time and designated as Group II employees.

## ELIGIBILITY

Employees not covered under the Fair Labor Standards Act and designated as Group II employees may be covered under this benefit.  The City Manager, based on the recommendation of the Director of Human Resources, shall designate group status of a position classification, and shall further determine over-time hours eligible for compensation under this Policy.

## WORK HOURS

1.   For record purposes, a workweek shall begin at 0001 each Saturday and end at 2400 hours the following Friday.

2.   The professional, technical, and mid-management employees, designated as Group II employees, generally function on a project or work schedule basis versus a time schedule.  Therefore, all hours worked in excess of forty (40) hours per work week may not be compensable time.  The Department Director may exercise discretion and choose to reward a Group II employee for determined hours worked overtime and may further determine the method of compensation.  The Department Director's options for compensation may include compensatory time off, or cash payment, but the rate may not exceed time and a half compensation in either case.

3.   Overtime is generally considered to be those hours, authorized in advance by the Department Director, over forty (40) hours actually worked during a normal workweek.  However, pursuant to Paragraph 2 above, overtime may not include all hours over forty (40).  For purposes of computing overtime, employee leave with pay may be counted toward the forty (40) hours worked during a normal workweek.  All overtime must be determined and authorized by the Department Director in advance.

**OVERTIME COMPENSATION FOR
GROUP II EXEMPT EMPLOYEES**
Page 2 of 2

4.     Compensatory time may be accrued up to a maximum of eight (80) hours of
       compensatory time.

## RECORD KEEPING

Employees covered under this Policy are responsible for submitting to the Department
Director a complete and accurate record of the hours worked each pay period. These
records shall cover a two (2) week pay period and shall include time in and out each
day and time spent for meals.  Falsification of these records shall be cause for
dismissal.

## ADMINISTRATIVE REPEAL

The provisions contained herein shall supersede and replace all prior City Overtime
Compensation for Group II Exempt Employees Policies.

For complete understanding of Overtime Compensation we suggest you look at
Chapter 6/Section 3/Subject 5 of the City of Coral Springs Policy Manual.

# PERFORMANCE EVALUATIONS

**Human Resources Policies**
**Performance Evaluation Section**

**Effective Date: March 7, 1988**

*no job*

## POLICY

The City of Coral Springs has established a system to evaluate and recognize employee performance. Through employee performance evaluation, it is also the City's objective to improve employee productivity, employee/supervisor communications, and encourage the use of the evaluation as a tool for employee development counseling.

## PROVISIONS

1. Performance Evaluations shall be completed on employees to rate the efforts of work performance in each category of responsibility for a specific period of time.

2. The immediate supervisor who has direct knowledge of an employee's performance and who completes a Performance Evaluation form shall be known as a "rater". Raters shall provide supporting comments to explain the rating assigned to each category.

3. All Department Directors are responsible for the implementation of this policy within their departments and for ensuring that the ratings are justified by the supporting statements.

4. Employees that are in budgeted full time or part time positions and work more than 1,040 hours annually, with the exception of Department Directors, shall receive a Performance Evaluation annually or as frequently during the year as deemed to be necessary during the employment relationship. Department Directors will be reviewed by the City Manager at the discretion of the City Manager.

5. The effective date of any change of status such as promotion, reclassification, or demotion shall become the new job anniversary date for the employee.

**PERFORMANCE EVALUATIONS**
**Page 2 of 6**

6.   Each new employee will be subject to a minimum one year Initial Probationary Period. Employees experiencing a promotion or demotion during the employment relationship will be subject to a minimum one year Position Probationary Period starting from the effective date of a promotion or demotion status change. If completed successfully, this date becomes the employee's job anniversary date. Any new employee who is promoted or demoted prior to successfully completing the entire Initial Probationary Periods shall begin a new one year minimum Initial Probationary Period starting with the effective date of the change of status. Probationary periods may be extended up to six (6) months by the Department Director.

7.   The performance evaluation is the most common method to determine whether an employee is successfully passing a probationary period. Once the Director has determined that a probationary period has been successfully passed, an employee is considered to be a regular City employee.

8.   Performance evaluations for Longevity merit as defined in Section 06.03.03 of the Administrative Policy will not affect an employee's job anniversary date or eligibility for merit increase at the job anniversary date. An "Other" type of performance evaluation should be completed for Longevity Merit purposes.

**TYPES OF PERFORMANCE EVALUATIONS**

1.   Initial Probationary Period Performance Evaluations: The initial probationary period is defined as a minimum one year period beginning from either the date of employment or, if a promotion or demotion is experienced during this first year, the initial probation period begins again for a minimum of one year from the effective date of the change of status. Generally, there will be two (2) evaluations during this period. The first one will be completed at six (6) months into the Initial Probationary Period. The second one will be completed at the end of the Initial Probationary Period.

If the initial probationary period is successfully passed, the employee will acquire regular status, and this date will become his/her job anniversary date.

If, at any point, an employee is not successfully passing a probationary period, the employee's probationary period may be extended by the Department Director for up to six (6) months or the employee may be dismissed without an administrative hearing. Upon successfully passing the Initial Probationary Period, the employee will also be eligible for up to a 5% merit increase which may be awarded as a base salary adjustment. Eligibility, however, does not indicate that an increase is automatic.

2. <u>Annual Performance Evaluation</u>:  This evaluation shall be conducted annually within thirty (30) days of employee's job anniversary date.  Approved merit increases may be awarded as a base salary adjustment.  Eligibility for a merit increase does not indicate an increase is automatic.

3. <u>Position Probationary Period Performance Evaluation</u>: The Position Probationary Period is defined as a minimum one year period starting from the effective date of a promotion or demotion status change experienced during the employment relationship.  The Position Probationary Period Performance Evaluation shall be completed on each employee experiencing a promotion or demotion.  Generally, there will be two (2) evaluations during this period.  The first one will be completed at six (6) months into the Position Probationary Period.  The second one will be completed within thirty (30) days of the job anniversary date.  If the employee does not successfully pass the position probationary period, the employee may be returned to the previous, or to a comparable, classification at the previous rate of pay earned in the lower position.  If the position probationary period is successfully passed, the employee will be eligible for a merit increase as a base salary adjustment.  Eligibility, however, does not indicate that an increase is automatic.

4. <u>Other Performance Evaluation</u>:  These types of evaluations may be conducted at any time during the employment relationship for meritorious recognition, for possible promotional consideration, or for providing notice to the employee that corrective performance measures are needed immediately to attain a satisfactory performance level in the employee's current capacity.  Six Month, Initial Probationary Period, Annual, and Position Probationary Period performance evaluations are usually generated by Human Resources.  Longevity Merit Performance Evaluations or other types of "Other" performance evaluations must be requested by a Department Director.

## PROVISIONS

Administrative operating procedures as determined by the Director of Human Resources for this policy shall be applicable.  Procedures may be amended by the Director of Human Resources from time to time as appropriate.

## ADMINISTRATIVE REPEAL

The provisions contained herein shall supersede and replace all prior City Performance Evaluations Policies.

CITY OF CORAL SPRINGS
ADMINISTRATIVE OPERATING PROCEDURES

PERFORMANCE EVALUATIONS
(Authority: Administrative Policy 06.06.01)

**PROCEDURES**

1. Approximately one month prior to a six (6) month date or a job anniversary date, the Human Resources Department will issue the appropriate type of performance evaluation form to the department. Every department is responsible for ensuring that a performance evaluation has been given on all eligible employees. If a performance evaluation has been omitted, the department shall inform Human Resources immediately. Longevity Merit Performance evaluations or any other kind of "Other" performance evaluations are not automatically provided; the Department Director must request a form from Human Resources.

2. The Rater may wish to review the forms, procedures, guidelines, applicable class specifications, and any notes or records kept on the employee during the rating period. The performance evaluation should then be used as a management tool to improve productivity and employee/supervisor communications, with impartial ratings on the employee's performance, giving consideration to all major areas of responsibilities. Specific examples of strengths, areas for improvement and supporting comments should be provided in a clear and concise manner. Any recommendations resulting from the performance evaluation should be clearly indicated on the performance evaluation form.

3. Once completed by the Rater, the performance evaluation is submitted through proper levels to the Department Director for endorsement. Upon endorsement of the recommendation by the Department Director, the employee should be contacted by the Rater for a performance evaluation conference to discuss the performance evaluation.

4. A reasonable amount of time should be planned in order to properly conduct the performance evaluation conference. Employee development and growth discussions are encouraged, in addition to recapping of benefits and policies. If possible, this performance evaluation conference should occur some time in the sixth month in a classification or at least two (2) weeks prior to the employee's job anniversary date, depending upon the type of evaluation.

5.   In order to maximize the performance evaluation, explanations or definitions of what satisfactory performance equates to, and steps to achieve this goal should be discussed with the employee.

6.   Once the performance evaluation conference has concluded, the employee shall sign and date the performance evaluation indicating that the performance evaluation conference has taken place, even if the employee is not in agreement with the evaluation. If an employee refuses to sign the evaluation form, the Rater should so indicate it on the employee signature line and sign below it. Employees may submit their comments on a separate sheet for inclusion with the performance evaluation in the official Human Resources records. The performance evaluation should be forwarded through the Department Director to the Human Resources Department, along with the proper form recommending a merit increase, if applicable, five (5) working days prior to the employee's recognized job anniversary date. A copy of the performance evaluation may be provided to the employee.

7.   Employees whose recognized job anniversary date falls in the first seven (7) days of the pay period will have any applicable salary adjustment effective that current pay period; those in the last seven (7) days of the pay period will have their applicable salary adjustment effective with the next pay period.

8.   Supervisors are encouraged to further employee/supervisor communications by discussing work performance throughout the year with the employee.

## MERIT INCREASE APPEAL PROCEDURES

1.   Employees have the right to appeal the denial of a merit increase within five (5) working days of the date the performance evaluation is signed by the employee.

2.   Appeals shall be made in writing to the Department Director and shall state the reasons for disagreement. In cases where the Rater is the Department Director, the appeal shall be made through the Department Director to the Director of Human Resources.

3.   In all cases, the Director of Human Resources must be notified by the applicable Department Director of any merit increase appeals.

**PERFORMANCE EVALUATIONS**
Page 6 of 6

4.  Upon receipt of an appeal, the Department Director shall make arrangements for and conduct the merit increase appeal conference. The merit increase appeals conference shall occur within ten (10) days of receipt of the appeal. The employee, the Rater, and all endorsement signers whose signatures appear on the performance evaluation, shall attend the appeals conference conducted by the Department Director. In cases where the Department Director is the Rater, the Director of Human Resources shall conduct those conferences.

5.  The Department Director shall be the final authority on all such appeals, except where the Director of Human Resources has conducted the appeal conference. In this case, the Director of Human Resources shall be the final authority.

6.  The Department Director shall provide the employee with a written statement of the final decision containing the basis for the decision within ten (10) days of the appeal conference.

7.  All time limits are subject to an extension at the discretion of the appropriate director provided that written notice of the extension is given to the employee.

8.  Copies of all appeal recommendations and decisions shall be placed in the employee's official Human Resources records.

For complete understanding of Performance Evaluations we suggest you look at Chapter 6/Section 6/Subject 1 of the City of Coral Springs Policy Manual.

# POLITICAL ACTIVITIES
### Page 1 of 2

**Human Resources Policies**
**Benefits Section**

**Effective Date:  January 2, 1990**

## POLICY

It is the intent of the City of Coral Springs to promote an impartial government for its employees in order to ensure that employees are free from any political pressure which might encourage them to perform political favors or perform in a certain way. In order to prevent an environment in which employment and advancement is dependent upon "political performance" rather than merit, the City shall reasonably regulate certain political activities of its employees.  By so doing, the City shall preserve the ability of its employees to enforce the law and execute government programs impartially, without bias or favoritism; shall promote employee morale, and shall maintain public confidence in representative government.

## DEFINITION

**Political Activity:**  any effort made on behalf of a candidate for a seat on the Coral Springs City Commission.

**Employee:**  any regular or temporary full-time person employed by the City of Coral Springs.

**On-Duty:**  for purposes of this policy, on-duty is defined as the period of time during working hours an employee is at work or scheduled to be at work, or when an employee has the appearance of being at work or representing the City such as while in uniform or driving City-identified vehicles.

## PROVISION

1.    No Coral Springs employee, while on duty or in uniform, shall actively engage in political activity on behalf of any candidate for a seat on the Coral Springs City Commission. This prohibition shall not apply to passive political expression such as bumper stickers, lapel pins or buttons so long as these expressions do not interfere with the performance of the employee's official duties. However, there shall be no bumper stickers on City vehicles, and no buttons or pins on any type of City uniform.

2.    Violations of this policy shall result in disciplinary action up to and including termination for employees violating these provisions.

## POLITICAL ACTIVITIES
Page 2 of 2

## ADMINISTRATIVE REPEAL

The provisions contained herein shall supersede and replace all prior City Political Activities Policies.

For complete understanding of Political Activities we suggest you look at Chapter 6/Section 1/Subject 3 of the City of Coral Springs Policy Manual.

# PROHIBITIONS

**Human Resources Policies**
**Benefits Section**

**Effective Date:  July 1, 1985**

## POLICY

1.  No person shall be appointed or promoted to, or demoted from any position in the City, or in any way favored or discriminated against with respect to employment in the City because of race, color, creed, sex, age or national origin.

2.  No officer or employee shall make any false statements, certification or recommend any appointment under any provision of the Charter and these rules, or in any manner commit or attempt to commit any fraud preventing the impartial execution of the provisions of the charter and these rules, with regards to employment, promotion or transfer.

3.  No person shall, directly or indirectly, give, render, pay, offer, solicit or accept any money, service, or other valuable consideration for or on account of any appointment, proposed promotion to, or any advantage in, a position in the City service.

4.  Any officer or employee who is found in violation of any of the provisions of this section may be required to forfeit the office or position, subject to the Termination Policy.

## ADMINISTRATIVE REPEAL

The provisions contained herein shall supersede and replace all prior City Prohibitions Policies.

For complete understanding of Prohibitions we suggest you look at Chapter 6/Section 11/Subject 4 of the City of Coral Springs Policy Manual.

# PROMOTIONAL RATE POLICY

**Page 1 of 3**

**Human Resources Policies
Benefits Section**

**Effective Date: October 23, 1987**

## POLICY

The City of Coral Springs recognizes that when a promotion has occurred, the employee may be awarded a salary increase along with the promotion. This policy stipulates the guidelines for consideration of pay rate upon promotion.

## ELIGIBILITY

A regular employee occupying a budgeted position who is promoted to an available full-time budgeted position assigned to a higher level of classification is eligible under this policy.

## DEFINITIONS

**Promotions:** is an appointment of a current City employee from one budgeted position to another available budgeted position assigned to a higher classification level, or an employee reclassified from one full-time budgeted position to a higher classification level.

**Rate Upon Promotion:** is the new rate of pay recommended by the Department Director for a promoted employee in a higher classification level and approved through the appropriate channels.

**Classification Level:** is a level assigned during the classification development process conducted by the Human Resources Department.

## PROVISIONS

1.  All appropriate job postings, bulletins, and/or advertising shall be conducted prior to any decisions of appointment.

    As the result of such recruitments, an employee may be appointed to the position as a promotion. Simultaneously, the employee may be eligible for a salary increase in accordance with these rate upon promotion guidelines.

**PROMOTIONAL RATE POLICY**
Page 2 of 3

2.    A reclassification action may be considered as a type of promotion and does not involve job postings, bulletins or advertising. It can occur as recognition of functions assigned and subsequently performed by a lower level classification, audited and reclassified to a higher level classification.

3.    In cases where a promotion occurs within sixty (60) calendar days of a job anniversary date, the employee may receive a performance evaluation and resultant merit increase consideration concurrent with, and as an addition to, the actual promotional pay rate.

4.    When a promotion occurs, the appropriate pay rate upon promotion is determined in accordance with the classification level of the new classification.

    a.    Promotions within the same classification level will result in a base pay rate increase to the minimum pay step of the new range, or up to a 5% increase if the employee's current pay rate exceeds the minimum of the new classification.

    b.    Promotions from any lower level classification to any higher level classification will result in a base pay rate increase to the minimum pay step of the new range, or up to a 10% increase if the employee's current pay rate exceeds the minimum of the new classification.

5.    Entry employment, in-service training periods, provisional, part-time and/or temporary appointments, may be paid at a rate lower than the minimum pay step of the assigned pay range if approved through the appropriate channels.

6.    All assignments other than regular full-time employment designations shall be made only with written approval in advance. Such assignment pay or "Acting" pay is not considered part of the base pay rate and will be rescinded upon completion of assignment.

7.    All promotions are subject to written approval in advance by the Director of Human Resources and the City manager as appropriate and shall not be indicated to the employee until written approvals for the promotion are obtained.

8.    In all cases, the promotion effective date becomes the new job anniversary date and the beginning of the position probationary period for the promoted employee. A reclassified employee is not subject to a position probationary period.

## ADMINISTRATIVE REPEAL

The provisions contained herein shall supersede and replace all prior City Promotional Rate Policies.

For complete understanding of Promotional Rate Policy we suggest you look at Chapter 6/Section 7/Subject 3 of the City of Coral Springs Policy Manual.

# RESIGNATION
### Page 1 of 2

**Human Resources Policies**
**Resignation & Lay Offs Section**

**Effective Date:  March 31, 1989**

## PURPOSE

The City recognizes that situations can occur wherein an employee desires to terminate their employment relationship with the City.  Procedures provide for such a separation without prejudice.

## PROVISIONS

1. An employee who desires to resign in good standing shall submit a written resignation to the Department Director giving at least two (2) weeks notice of intention to leave City employment, unless the Department Director consents to an earlier date.  Such resignation entitles the employee to payment of any accruals to his credit in accordance with City policy.

2. An employee who is absent from duty for three (3) consecutive days without securing authorization from the Department Director or without notifying the Department Director of the reason for such absence and the time of expected return, shall be considered to have resigned without notice.  It shall be the duty of the Department Director to report all such unauthorized leave immediately to the Human Resources Director in the manner prescribed.

Administrative operating procedures as determined by the Director of Human Resources for this policy shall be applicable.  Procedures may be amended by the Director of Human Resources from time to time as appropriate.

## ADMINISTRATIVE REPEAL

The provisions contained herein shall supersede and replace all prior City Resignation Policies.

# RESIGNATION
**Page 2 of 2**

CITY OF CORAL SPRINGS
ADMINISTRATIVE OPERATING PROCEDURES

**RESIGNATION**
(Authority:  Administrative Policy 06.08.01)

**PROCEDURES**

1.   On receipt of an employee's resignation, the Department Director shall then prepare the appropriate Human Resources forms for subsequent submission to the Human Resources Department.  The employee shall be advised to report to "clear" with the Human Resources Department some time during their last day of work.

2.   Upon satisfactory completion of the Employee Termination Clearance form and the return of any respective City property, the employee's final paycheck will be calculated accordingly and should be available at the next regularly scheduled payroll.

For complete understanding of Resignation we suggest you look at Chapter 6/Section 8/Subject 1 of the City of Coral Springs Policy Manual.

52

# SEXUAL HARASSMENT

**Human Resources Policies**
**Standards of Conduct Section**

**Effective Date: January 19, 1989**

## POLICY

The City of Coral Springs prohibits acts of employee discrimination in any form. It is the City's policy to provide a work environment free from discrimination including sexual harassment. Provisions are hereby established to provide for effective complaint procedures available to all employees and mechanisms for investigations of alleged sexual harassment. Violations of this policy will not be tolerated and will result in disciplinary actions up to and including termination. Further, it is the City's policy to act affirmatively to dissuade such practices through communication, training, and other appropriate methods to sensitize the employees to sexual harassment issues.

## DEFINITION

Sexual Harassment is defined as unwelcome sexual advances, or requests for sexual favors, and/or other verbal or physical conduct of a sexual nature, or verbal or physical conduct which creates a hostile or intimidating environment. Further, it undermines or interferes with the employee's job performance or the employment relationship as a condition or term of employment, or is used as a basis for employment decisions. Sexual harassment includes sexual advances and suggestions where:

1.    Submission to such conduct is either an expressed or implied term or condition of employment.

2.    Submission to or rejection of such conduct is used as a basis for an employment decision affecting the harassed person.

3.    The conduct has the purpose or effect of creating an offensive work environment.

## PROVISIONS

1.    All levels of supervisors share responsibility for communicating this policy, for recognizing, responding and taking corrective actions, and/or preventing sexual harassment of City employees.

**SEXUAL HARASSMENT**
**Page 2 of 5**

2.      Employees who perceive that sexual harassment has occurred have an obligation and a duty to advise the individual instigating the sexual harassment that the conduct or behavior is unwelcome and offensive, and to immediately report the behavior to their own supervisor. The individual instigating the sexual harassment may not necessarily be another employee, co-worker, or supervisor, but may also be any other person conducting business for or with City employees.

3.      Administrative complaint procedures shall be determined for this policy by the Director of Human Resources and communicated to all employees.  Complaint procedures shall establish two avenues of procedures, informal and formal, for employees to choose from when filing a complaint of sexual harassment.  All formal complaints must be made in writing.

4.      Corrective actions shall be imposed based upon the severity of confirmed sexual harassment.

5.      Confidentiality shall be maintained to the extent allowed by law to the persons involved in any investigation of a complaint.  Unnecessary disclosures shall be prohibited.

6.      Only employees with the authority to act upon complaints of sexual harassment shall accept such complaints.  All complaints received must be reported to the Director of Human Resources.

7.      Employees exercising their rights by filing a complaint  in good faith shall not be retaliated against by the City regardless of the findings of the investigation. However, any employee found to have provided false or misleading information when filing a complaint shall be subject to disciplinary action.

8.      Alleged violators of this policy shall be afforded an opportunity to provide information relative to the complaint during the investigation process.

9.      All employees are expected to fully cooperate with investigation of complaints. Uncooperative employees may be subject to disciplinary actions up to and including termination.

10.     Administrative operating procedures as determined by the Director of Human Resources for this policy shall be applicable.  Procedures may be amended by the Director of Human Resources from time to time as appropriate.

## ADMINISTRATIVE REPEAL

The provisions contained herein shall supersede and replace all prior City Sexual Harassment Policies.

54

## CITY OF CORAL SPRINGS
## ADMINISTRATIVE OPERATING PROCEDURES

### SEXUAL HARASSMENT
(Authority:  Administrative Policy 06.01.02)

There are two (2) avenues for filing a Complaint under these Administrative Procedures:

## INFORMAL PROCEDURE

1. When an employee perceives that sexual harassment has occurred, that employee may choose to hold an informal discussion with their immediate supervisor or with their supervisor's boss to attempt to resolve the situation at that level.  However, choosing this procedure does not preclude an employee from initiating the Formal Procedures outlined below.

2. Upon the supervisor gaining knowledge of possible sexual harassment, the supervisor shall review the situation and implement corrective actions if necessary.  A report outlining all facts of the situation and corrective action implemented, if any, shall be submitted through the Department Director to the Director of Human Resources in all cases.

3. The employee perceiving the sexual harassment or the individual accused of sexual harassment may informally appeal the decision with their Department Director.

## FORMAL PROCEDURE

1. Formal procedures may be initiated:

   a) Through the employee's immediate supervisor.  This avenue should be used unless the Complaint is against that supervisor.  If this is the case, then,

   b) Through supervisor's boss.  If the Complaint is against the Department Director, then Formal Procedures may be initiated through the Director of Human Resources.

55

2.  When an employee perceives that sexual harassment has occurred, an Employee Complaint Form must be completed by the employee. Complaints of sexual harassment must be in writing in order to initiate these procedures. Each Complaint is handled on a case by case basis. An employee desiring to discuss the situation in informal discussions prior to formally filing a Complaint may do so through the channels outlined above.

3.  The City shall respond to a written complaint of sexual harassment in a timely and reasonable manner. If possible, the City will provide an administrative response within 30 days from receipt of the written complaint. Administrative responses shall indicate subsequent corrective actions, if any, to the employee filing the complaint and to the individual(s) involved in the sexual harassment.

4.  The person accepting the written Complaint shall assist the employee in regaining their composure, if necessary, and then promptly:

    a.  Provide information on these procedures to the employee filing the Complaint.
    b.  Notify their Department Director of the Complaint.
    c.  Notify the Director of Human Resources of the Complaint.
    d.  Begin coordinating and conducting the investigation process in a timely manner.

5.  The investigation process shall begin with an interview with the employee filing the Complaint. The employee's immediate supervisor (or next level of supervision if the Complaint is against the Supervisor) shall conduct the interview. The employee's Department Director and the Director of Human Resources, or designees, shall also be present. The purpose of the interview is to clarify all points of the written Complaint, to collect additional information from the employee, and to determine if immediate action is necessary. Therefore, all interviews shall be tape recorded.

6.  If the employee perceives the situation to be threatening, that employee may request authorization to use accrued Annual Leave or Leave Without Pay or a job transfer. Approvals will be determined on a case by case basis.

7.  The investigation shall conclude after evidence from all parties involved is obtained and a decision can be made to confirm or deny the allegations. A written report of findings and a recommendation will be submitted from the supervisor through the Department Director to the Director of Human Resources.

56

8.  If an individual is found to have violated the City's Sexual Harassment policy, a recommendation shall be made for corrective action by the immediate supervisor (or next level of supervision) of the employee who filed a complaint. Corrective action shall be based upon the severity of the situation and shall be authorized swiftly and fairly by the Director of Human Resources.

9.  The information regarding the Complaint shall be maintained in confidence to the extent allowed by law.

10. The employee who filed the Complaint and the individual against whom the Complaint was filed shall be notified in writing by the Director of Human Resources of the results of the investigation and the administrative response and any subsequent actions taken.

11. If either person is not satisfied with the decision, they may appeal the decision to the City Manager within 5 working days from receipt of the written decision. All appeals shall be in writing. In such instances, the City Manager shall review the information and respond with a final decision.

For complete understanding of Sexual Harassment we suggest you look at Chapter 6/Section 1/Subject 2 of the City of Coral Springs Policy Manual.

# SICK LEAVE
**Page 1 of 10**

**Human Resources Policies**
**Benefits Section**

**Effective Date:  October 1, 1983**

## PURPOSE

To provide employees with a benefit that will substitute for wages during periods of an employee's inability to work due to personal illness or accidental injury or limited use for immediate family illness or accidental injury.

## DEFINITIONS

1. Regular Full-Time Employee:  an individual occupying a budgeted position and scheduled to work a regular forty  (40) hour work week.

2. Immediate Family:  spouse, legally dependent child, and sole surviving parent living in the same household.

## POLICY

1. The City requires regular and dependable attendance from its employees.  Sick leave is a privilege granted to the employee and shall only be approved as defined in the Section entitled "Policy Administration".  Any abuse of this privilege may result in disciplinary action.

2. Only regular full-time employees are eligible to accrue sick leave credits. Temporary and part-time employees shall neither accrue nor earn sick leave privileges.

3. Only those employees who have completed sixty (60) days of employment are eligible to use their accrued sick leave.

## METHOD OF ACCRUAL

1. Each eligible employee shall accrue sick leave at the following rate:  .04616 hours per hour of paid time. Sick leave accrues from the date of employment.

2. Employees shall accrue sick leave credits based on actual hours paid during the pay period, but not to exceed forty (40) hours per work week.

**SICK LEAVE**
**Page 2 of 10**

3. An employee may accrue an unlimited number of sick hours, however, payment upon termination will not exceed nine hundred sixty (960) hours.

POLICY ADMINISTRATION

A. Request for Leave

To receive compensation for absence on sick leave, the following conditions apply:

1. Notify the immediate supervisor or Department Director no later than one (1) hour after the employee's assigned starting time, or earlier, if required by departmental policy or directive. - Failure to give proper notice may result in an unexcused, unpaid absence. This procedure may be waived by the Department Director if the employee submits acceptable evidence that it was impossible to give such notification.  When requesting sick leave for medical appointments, the employee must request leave and the leave must be approved by the immediate supervisor in advance of the medical appointment.

2. The Department Director may, at any time, require a medical certification of the employee's illness before authorizing any use of sick leave credits.  After three (3) consecutive work days of absence, the Department Director shall have the authority to require a statement by a physician documenting the employee's illness.

3. Where absence due to illness or injury exceeds three (3) consecutive working days, the Department Director shall have the authority to require the employee to provide a statement from a physician certifying that the employee is physically able to return to work and any restrictions on the employee's ability to perform all the duties normally assigned.

4. When an illness or injury prohibits the full performance of an employee's regularly assigned duties, but the employee is physically able to perform other duties without aggravating his/her condition, and providing a physician certifies that the employee is capable of performing those limited duties, the employee may, at the Department Director's discretion, and with the concurrence of the Director of Human Resources, be assigned such limited duties subject to the availability of limited duties.  These alternate limited work assignments are temporary in nature, subject to the employee being productive in the assignment and will terminate when the employee is medically certified to return to the regularly assigned duties.

5. If the medical certification furnished by the employee is not sufficient, the Department Director, with the concurrence of the Director of Human Resources, may require a medical examination paid for by the City and conducted by a physician selected by the City. Based upon the result of the City physical examination and medical certification, one of the following conditions apply:

   a. If an employee is evaluated as fit for work, the Department Director shall not approve further use sick leave credits and shall request the employee to work.

   b. If an employee is evaluated as unfit for work, the Department Director shall allow the employee to use accrued sick leave credits until such leave credits have been exhausted or until the employee is able to return to work, whichever occurs first. If the employee is medically certified as being unable to work after all sick leave credits have been exhausted, the employee shall be allowed to use accrued annual leave credits before requesting a leave without pay.

6. An unpaid employee who, upon request by the Department Director, refuses to comply with the procedures of the Policy shall not be eligible to use accrued sick leave credits and any absence from work shall be considered an unexcused, unpaid absence and may result in disciplinary action.

B. Use of Earned Leave

Sick leave may be granted upon approval of the Department Director for the following reasons:

1. Personal illness or accidental injury.

2. Personal medical, dental or optical appointments.

3. Illness of an employee's spouse, legally dependent child, and sole surviving parent living in the same household, not to exceed five (5) days per calendar year unless approved by the Department Director, the Director of Human Resources and the City Manager. The Department may request medical certification of such illness.

**SICK LEAVE**
**Page 4 of 10**

C. <u>Charging of Sick Leave</u>

1. Employee may use or be charged sick leave in increments not less than 1/10th (0.1) of an hour.

2. When a regular paid holiday occurs during an employee's illness, the day shall be compensated as a holiday, if holiday eligibility requirements are met, and shall not be charged against accrued Sick Leave.

3. Sick leave shall only be authorized after it is earned and only to the extent that the employee has acquired same.

4. If an employee has not accrued sufficient sick leave, accrued vacation leave must be used prior to requesting a leave without pay.

5. Employee who becomes ill while on vacation may request and be granted sick leave provided:

   a. The employee notified his or her supervisor in the same manner as Section A.

   b. A physician's certification and leave form must be furnished covering each day of sick leave requested upon the employee's return to work.

   c. This procedure does not apply for an illness of the employee's immediate family. Any exceptions to this paragraph must be approved by the Department Director and the Director of Human Resources.

## ATTENDANCE INCENTIVE OPTION

A. <u>Purpose</u>

The Attendance Incentive Option is intended to reward regular full-time employees with exemplary attendance by allowing them annually the option of either converting a portion of their unused sick leave to annual leave or receiving a lump sum payment for those eligible hours, but not a combination thereof.

B. <u>Eligibility</u>

Regular full-time employees who are still employed as of January 1 of the following year will be eligible to receive the Attendance Incentive Option which is

based on sick leave hours accrued during the calendar year and any sick leave hours used during the same calendar year provided the employee meets the following criteria:

1. The employee must have accumulated but not used a base of sixty-four (64) hours or more of sick leave within twenty-six (26) pay periods to be eligible. The calendar year shall include all pay dates that occur during that year as reported to the IRS for income purposes. Hours accumulated in previous calendar years will not be considered in connection with this Attendance Incentive Option.

2. Unused hours earned and accumulated during the calendar year beyond the base may be converted to either:

   a. Annual leave up to a maximum of thirty-two (32) hours.

   b. Lump sum payment up to a maximum of thirty-two (32) hours.

   c. If an employee chooses not to convert any sick leave, he or she may retain the unused accrual in his or her sick leave account.

3. Usage must be above one (1) hour increments.

4. Each employee must notify the Financial Management Department in writing by December 31 each calendar year of the option chosen. If no option is selected, the accruals will remain in the sick leave account.

C. Policy Administration

1. The Financial Management Department will review the attendance records of all eligible employees for each calendar year in order to prepare a list of these eligible.

2. Employees who elect the lump sum payment option will receive a check in January covering the Attendance Incentive Option earned in the preceding calendar year and payment will be made at the hourly rate in effect on the last pay date of each calendar year. Employees who elect to convert to annual leave, the hours earned will be credited to their annual leave balance, not to exceed the two hundred forty (240) hour maximum and which may be used in accordance with the Annual Leave Policy.

62



## SICK LEAVE PAY-OUT AT SEPARATION

A. Eligibility

All regular full-time employees who have a balance of at least ninety-six (96) hours of accrued unused sick time will be eligible for payment of a portion of their sick leave upon retirement or separation from City employment.

B. Method of Payment for Those Eligible

1. Payments for unused sick leave will be based on the following schedule:

| Unused Sick Hours | % of Payment |
|---|---|
| 0 - 480 | 25 |
| 481 - 800 | 50 |
| 801 - 960 | 100 |

Only the hours between 0 and 480 will be paid at 25%; those hours between 481 - 800 will be paid at 50% and, accordingly, the hours between 801 - 960 will be paid at 100%. No payment will be made for hours in excess of 960.

2. Accrued unused sick hours will be paid at the employee's base hourly rate upon retirement or separation. Sick leave will not be paid in lump sum but instead will be paid in bi-weekly installments based upon the employee's prior work schedule, until the full balance of eligible hours as defined in Section B is depleted. Any exceptions to this paragraph must have the approval of the City Manager.

3. Beyond the established termination date, a recipient of this benefit is no longer considered an employee of the City. As a result, the bi-weekly payment under this section are not considered salary for the purpose of determining eligibility for fringe benefits.

4. The payments made pursuant to this section shall not be used in determining the average final compensation of an employee in a City Pension Plan.

5. It is the responsibility of the Department Director to maintain the employee's position vacant until the sick leave is totally paid out to assure proper funding. Any exceptions to this paragraph must have the approval of the City Manager.

6. In the case of death, payments will be made as designated on the most recent "Designation of Beneficiary for Final Pay" Form as filed in the Human Resources Department.

## PROVISIONS

Administrative operating procedures as determined by the Director of Human Resources for this policy shall be applicable. Procedures may be amended by the Director of Human Resources from time to time as appropriate.

## ADMINISTRATIVE REPEAL

The provisions contained herein shall supersede and replace all prior City Sick Leave Policies.

CITY OF CORAL SPRINGS
ADMINISTRATIVE OPERATING PROCEDURES

SICK LEAVE
(Authority:  Administrative Policy 06.04.03)

## PROCEDURE

A. Request for Leave

To receive compensation for absence on sick leave, the following conditions apply:

1. Notify the immediate supervisor or Department Director no later than one (1) hour after the employee's assigned starting time, or earlier, if required by departmental policy or directive.   Failure to give proper notice may result in an unexcused, unpaid absence. This procedure may be waived by the Department Director if the employee submits acceptable evidence that it was impossible to give such notification.

   When requesting sick leave for medical appointments, the employee must request leave and the leave must be approved by the immediate supervisor in advance of the medical appointment.

2. When an illness or injury prohibits the full performance of an employee's regularly assigned duties, but the employee is physically able to perform other duties without aggravating his/her condition, and providing a physician certifies that the employee is capable of performing those limited duties, the employee may, at the Department Director's discretion, and with the concurrence of the Human Resources Director, be assigned such limited duties subject to the availability of limited duties.   These alternate limited work assignments are temporary in nature, subject to the employee being productive in the assignment and will terminate when the employee is medically certified to return to the regularly assigned duties.

3. If the medical certification furnished by the employee is not sufficient, the Department Director, with the concurrence of the Human Resources Director, may require a medical examination paid for by the City and conducted by a physician selected by the City.  Based upon the result of the City physical examination and medical certification, one of the following conditions apply:

65

    a. If an employee is evaluated as fit for work, the Department Director shall not approve further use sick leave credits and shall request the employee to work.

    b. If an employee is evaluated as unfit for work, the Department Director shall allow the employee to use accrued sick leave credits until such leave credits have been exhausted or until the employee is able to return to work, whichever occurs first. If the employee is medically certified as being unable to work after all sick leave credits have been exhausted, the employee shall be allowed to use accrued annual leave credits before requesting a leave without pay.

4. An employee who, upon request by the Department Director, refuses to comply with the procedures of the Policy shall not be eligible to use accrued sick leave credits and any absence from work shall be considered an unexcused, unpaid absence and may result in disciplinary action.

B. Use of Earned Leave

Sick leave may be granted upon approval of the Department Director for the following reasons:

1. Personal illness or accidental injury.

2. Personal medical, dental or optical appointments.

3. Illness of an employee's spouse, legally dependent child, and sole surviving parent living in the same household, not to exceed five (5) days per calendar year unless approved by the Department Director, the Human Resources Director and the City Manager. The Department may request medical certification of such illness.

C. Charging of Sick Leave

1. Employee may use or be charged sick leave in increments not less than 1/10th (0.1) of an hour.

2. When a regular paid holiday occurs during an employee's illness, the day shall be compensated as a holiday, if holiday eligibility requirements are met, and shall not be charged against accrued Sick Leave.

3. Sick leave shall only be authorized after it is earned and only to the extent that the employee has acquired same.

4. If an employee has not accrued sufficient sick leave, accrued vacation leave must be used prior to requesting a leave without pay.

5. Employee who becomes ill while on vacation may request and be granted sick leave provided:

   a. The employee notified his or her supervisor in the same manner as Section A.

   b. A physician's certification and leave form must be furnished covering each day of sick leave requested upon the employee's return to work.

   c. This procedure does not apply for an illness of the employee's immediate family. Any exceptions to this paragraph must be approved by the Department Director and the Human Resources Director.

## ATTENDANCE INCENTIVE OPTION

### PROCEDURES

1. The Finance Department will review the attendance records of all eligible employees for each calendar year in order to prepare a list of those eligible. Eligible employees will be notified of their Attendance Incentive Option. If no option is selected by December 31, the accruals will remain in the Sick Leave Account.

2. Employees who elect the lump sum payment option will receive a check in January covering the Attendance Incentive Option earned in the preceding calendar year and payment will be made at the hourly rate in effect on the last pay date of each calendar year. Employees who elect to convert to annual leave, the hours earned will be credited to their annual leave balance, not to exceed the two hundred forty (240) hour maximum and which may be used in accordance with the Annual Leave Policy.

For complete understanding of Sick Leave we suggest you look at Chapter 6/Section 4/Subject 3 of the City of Coral Springs Policy Manual.

**Human Resources Policies**
**Discipline Section**

**Effective Date:  July 27, 1982**

## TERMINATION PROCEDURES

The following termination procedures shall apply to municipal employees upon completion of one (1) year of satisfactory service in a particular job classification. Employees who have not completed one (1) year of satisfactory service in a class shall be, and same are hereby designated, as probationary employees who may be terminated by the City without notice and/or administrative hearing.

## RECOMMENDATION FOR TERMINATION

Recommendation for termination shall originate with the Department Head of each municipal department appointed by the City Manager and be forwarded directly to the City Human Resources Director.

Said Department Head shall receive whatever assistance may be necessary in formulating said recommendation both from the City Human Resources Director as well as from the City Attorney.

## NOTICE AND RECOMMENDED TERMINATION

Upon departmental recommendation for termination, the affected employee shall be notified utilizing the following notice procedure:

A.  Notice of recommended termination shall be in writing and personally served upon the employee.

B.  Said notice shall include the following information:

    1.  The underlying reasons for the recommended termination.

    2.  Documentation upon which the Department Head relied in formulating said recommendation.

    3.  A list of all individuals whom the City believes have knowledge relating to the underlying reasons for the recommended termination.

**TERMINATION**
**Page 2 of 3**

    4.    An explanatory statement advising the affected employee of the employee's right to an administrative hearing, before a hearing officer appointed by the City, prior to the recommendation of termination being forwarded to the City Manager. Said explanatory statement shall further advise the employee of the right to appear at said administrative hearing in person as well as appear with an attorney representing the employee's individual interests, and to explain the employee's position relating to the recommendation for termination as well as to ask questions of all those individuals who give testimony at the hearing in support of the recommended termination.

C.    In the event any employee refuses to accept service of the referenced notice, the process server shall file a sworn affidavit with the City to that effect which affidavit shall be filed in the employee's Human Resources file. For purposes of election of administrative hearing, refusal to accept service of notice shall be deemed to be an election by the employee not to have an administrative hearing.

D.    The affected employee shall have seven (7) calendar days from receipt of said notice to elect the administrative hearing referred to in this section. Said election shall be filed in writing in this office of the City's Human Resources Director within said seven (7) calendar days. Failure of said employee to file said election shall be deemed by the City to be an effective waiver by the employee of the right to said administrative hearing.

## ADMINISTRATIVE HEARING

A.    If an employee elects an administrative hearing, the Human Resources Director shall schedule said hearing within fourteen (14) days from the date of receipt of said request.

B.    At the administrative hearing the hearing officer will explain the purpose of the hearing consistent with the notice received by the employee and will initially give the City an opportunity to explain its position relative to the recommended termination; said explanation may include the testimony of witnesses who shall be examined by the hearing officer.

C.    The affected employee shall then be given an opportunity, either individually or through legal counsel, to explain the employee's position and ask questions of the City witnesses, if any.

D.    Human Resources Director shall see that the hearing in its entirety is tape

E. Within three (3) working days after the conclusion of the administrative hearing, the hearing officer shall reduce a recommendation to writing, which recommendation shall be furnished directly to the City Manager together with a transcript of the administrative hearing and all documentation relied upon by the hearing officer in reaching the recommendation. Simultaneously, said recommendation shall be forwarded to the affected employee, and the employee's attorney if represented by an attorney, the City Human Resources Director and the City Attorney.

## ACTION BY CITY MANAGER

Within five (5) working days of receipt of said transcript and recommendation regarding termination received from the hearing officer appointed pursuant to "Administrative Hearing" section, the City Manager will, consistent with the best interest and general welfare of the City, make a determination as to said employee's status. The City Manager's decision shall be in writing and forwarded by certified mail, return receipt requested, to the affected employee with a copy of said determination to be forwarded to the City Human Resources Director, the Department Head, and the City Attorney.

## ADMINISTRATIVE REPEAL

The provisions contained herein shall supersede and replace all prior City Termination Policies.

For complete understanding of Termination we suggest you look at Chapter 6/Section 9/Subject 3 of the City of Coral Springs Policy Manual.

# TUITION REIMBURSEMENT

**Human Resources Policies**
**Benefits Section**

**Effective Date: February 12, 1985**

## PURPOSE

To encourage and assist employees to improve their educational qualifications in subjects and fields of endeavor which are directly related to the City's operations, activities, and objectives and which will place the employee in a position to improve his/her job performance and professional development.

## ELIGIBILITY

1.   To be eligible, employees must be full-time in a regular budgeted position and have completed the initial probationary period with the city for a minimum of twelve (12) months prior to the first meeting date of the class.

2.   The course must be related to the employee's current function and have the potential to improve the performance level of an employee, or the course must be related to the development of an employee's ability and knowledge to meet the needs of future assignments within the City.

3.   The number of courses in which an employee may enroll for each term coursework requires the Department Director's recommendation.

4.   An employee must obtain the approval of the Department Director, and concurrence of the Human Resources Director, and the Finance Director.

5.   Only Tuition Reimbursement applications received prior to the first day of class will be processed.

## POLICY ADMINISTRATION

A.   Educational Planning

1.   Each department is responsible to project the number of employees participating in the Tuition Reimbursement Program in their department and budget accordingly for each fiscal year.



**TUITION REIMBURSEMENT**
**Page 2 of 4**

2. An employee should discuss the proposed course of study with the appropriate supervisor to determine the employee's eligibility, the relativity of the course to the employee's function within the City and the funding availability.

3. The employee is required to submit to the appropriate supervisor a Tuition Reimbursement Form which may be obtained from the respective departments or from the Human Resources Department.

4. The Human Resources Director shall review the request to determine the acceptability of the course and the institution prior to processing to the Finance Director to determine fund availability.

5. The completed form will be returned to the employee's department for notification to the requesting employee.

B. <u>Provisions</u>

1. The costs of the course will be initially paid by the employee.

2. To receive reimbursement, the employee must, within sixty (60) calendar days after published course completion date, provide the Human Resources Department with itemized receipts of tuition, books and materials and evidence of satisfactory completion of courses taken from the educational institution.

3. The Human Resources Department shall forward the documentation provided by the employee to the Finance Director for payment.

4. Administrative operating procedures as determined by the Director of Human Resources for this policy shall be applicable. Procedures may be amended by the Director of Human Resources from time to time as appropriate.

C. <u>Limitations</u>

1. The City shall limit tuition reimbursement to no more than 90% of the cost of tuition currently being charged for similar courses under the State University System of Florida and 90% of the costs of books and required materials.

2. A passing grade of "C" or its equivalent is required for the employee to be reimbursed.

3. Termination of employment, for any reason, prior to completion of course will make the employee ineligible for reimbursement.

4. Should an employee terminate from the City within sixty (60) calendar days after the published course completion date, the City will deduct from the employee's final paycheck the full tuition reimbursement.

## ADMINISTRATIVE REPEAL

The provisions contained herein shall supersede and replace all prior City Tuition Reimbursement Policies.

For complete understanding of Tuition Reimbursement we suggest you look at Chapter 6/Section 4/Subject 9 of the City of Coral Springs Policy Manual.

### CITY OF CORAL SPRINGS
### ADMINISTRATIVE OPERATING PROCEDURES

**TUITION REIMBURSEMENT**
(Authority:  Administrative Policy 06.04.09)

## PROCEDURE

1.  Employees should discuss the proposed course of study and the number of courses the employee wishes to enroll in with their immediate supervisor to determine the employee's eligibility, and how the course(s) relates to the employee's functions within the City.

2.  Employees are required to submit a current tuition reimbursement form to their immediate supervisor or director for necessary approvals.   Tuition reimbursement applications must be submitted prior to the first scheduled day of class to be processed and receive authorization.

3.  Upon department approvals, the Department Director shall forward the form to the Human Resources Department for further processing within the approval cycle.

4.  The Director of Human Resources or a designated employee shall review and approve the request to determine policy conformance, the acceptability of the institution, its courses, respective tuition fees for this privilege, and other factors as appropriate.

5.  Once approved, the request is then forwarded to the Director of Financial Management to determine the availability of funds.  When the Director of Financial Management approves the funding availability, the completed form is sent back to the employee's department for notification to the employee.

For complete understanding of Tuition Reimbursement we suggest you look at Chapter 6/Section 4/Subject 9 of the City of Coral Springs Policy Manual.

# WAGE AND HOUR
### Page 1 of 4

**Human Resources Policies**
**Compensation Section**

**Effective Date: April 12, 1986**

## PURPOSE

The following policies are being promulgated in compliance with the Fair Labor Standards Act (FLSA) and shall apply to all employees covered by the Fair Labor Standards Act as amended from time to time.

## ELIGIBILITY

All employees covered by the FLSA are designated as eligible regular Group 1 non-exempt employees or (Group 1) 7(K) non-exempt as assigned.

## PROVISIONS

The FLSA allows for employer flexibility regarding Law Enforcement employees work schedule. On this basis, the City may elect to utilize the 207(K) (referred to as "7(K)") option for all or some certified law enforcement employees. The option enables a flexible work period of at least seven days and not to exceed twenty-eight (28) days to be adopted for 7(K) employees. Employees affected by an exercised option of 7(K) will be duly notified of this election.

## WORK HOURS

1.  For record purposes, a workweek shall begin at 0001 each Saturday and end at 2400 hours the following Friday.

2.  For regular Group 1 employees, a normal workday shall be eight hours unless otherwise authorized in writing by the City Manager; a normal workweek shall be forty hours. For 7(K) employees, the work period shall be a 7 day work period of less than 43 hours. A workday may exceed eight hours.

3.  For regular Group 1 employees, overtime is considered to be all hours over forty (40) actually worked during a normal workweek. For 7(K) employees, overtime is considered to be all hours over 43 actually worked during a normal work period.

4.  Mealtime is not included in hours worked whenever the employee is free to leave the work station, relieved of duties, and the time allowed is at least 30 minutes. Based on the FLSA provision that on-duty Law Enforcement Officers are not relieved of duty during mealtime, mealtime shall be considered hours worked for those employees.

**WAGE AND HOUR**
**Page 2 of 4**

5. For purposes of computing overtime, leave with pay will be counted as hours actually worked provided that an employee scheduled to work on a holiday who does not appear, will not be afforded the privilege of counting leave with pay as hours actually worked.

6. Overtime hours shall be compensable by compensatory time or cash payment at the discretion of the applicable Department Director. Compensation by time or cash will be at a rate of 1 1/2 hours for each hour of overtime worked. At the discretion of the Department Director, compensatory time may be accrued up to a maximum of 80 hours of compensatory time.

7. Insofar as possible, the Director of each department shall arrange the employment and work program of the department in such a way that overtime is not required. However, public necessity or emergency situation may require overtime on the part of City employees. All overtime must be authorized in advance by the Department Director.

8. Attendance at any training course required by the City as essential to employment shall be considered hours worked. Attendance is further defined as time actually spent in training or re-training and does not include study time or time spent in personal pursuits even though the employee is quartered at a training facility during this period.

9. Travel:

   a. Normal home-to-work travel time, whether at a fixed location or at different job sites, will not be paid or considered as time worked for purposes of overtime computation.

   b. When an employee is requested to work during off-duty hours for a non-emergency situation, compensable time shall not include travel time from home to work station. Compensable time shall be only those hours actually worked.

   c. When an employee is called back to work due to an unforeseen emergency, compensable time shall include normal travel time to and from the employee's home and work station and actual work time. In the unforeseen emergency situation, the employee shall be credited with not less than three hours of compensable time, regardless of time actually worked.

d.   Travel time that is required by the City and takes an employee outside of the employee's home community on an overnight basis, shall be counted as compensable time.

e.   Travel time, as noted in paragraph "d" above, is defined as the normal number of hours required to reach the final destination using the most efficient mode and route of travel.

f.   The mode and route of travel shall be chosen by the Department Director, and if this choice utilizes either airplane, train, or bus, then time spent traveling between home and the transportation terminal is not compensable.

g.   If the employee chooses to use a means of transportation other than that chosen by the Department Director, then the excess hours actually required to reach the destination will not be paid nor considered as time worked for purposes of over-time computation.

10.   Time spent "on call" is not compensable time so long as the employee is free to move about as the employee pleases and merely is required to leave word where he or she can be reached by telephone or an electronic device.

## RECORD KEEPING

1.   Each Department Director shall be responsible for maintaining a complete and accurate record of the hours worked for each employee in that department. These records shall cover a two-week period and shall include time in and out each day and time spent for meals. Falsification of these records shall be cause for dismissal.

2.   All hours worked shall be rounded to the nearest quarter of an hour, as follows:

| MINUTES WORKED or LEAVE USED | TIME CHARGED MINUTES | HOURS |
|---|---|---|
| 0-7 | 00 | .00 |
| 8-22 | 15 | .25 |
| 23-37 | 30 | .50 |
| 38-52 | 45 | .75 |
| 53-60 | 60 | 1.00 |

**WAGE AND HOUR**
**Page 4 of 4**

## ADMINISTRATIVE REPEAL

The provisions contained herein shall supersede and replace all prior City Wage and Hour Policies.

For complete understanding of Wage and Hour we suggest you look at Chapter 6/Section 3/Subject 4 of the City of Coral Springs Policy Manual.

78

**EXHIBIT "B"**

ALAN C. KAUFFMAN & ASSOCIATES, P.A. THE PLAZA 5355 TOWN CENTER ROAD SUITE 1102
BOCA RATON, FLORIDA 33486 TELEPHONE (561) 394-7600 FAX (561) 394-0891

| CITY OF CORAL SPRINGS | |
|---|---|
| **ADMINISTRATIVE POLICY MANUAL** | |
| CHAPTER: 06 PERSONNEL POLICIES | POLICY #: 06.10.020 |
| SECTION: 10 EMPLOYEE GRIEVANCES | PROPONENT OFFICE/DEPARTMENT: PERSONNEL |
| SUBJECT: 02 FORMAL GRIEVANCES | EFFECTIVE DATE: 10/01/83 REISSUE DATE: 03/31/89 |
| | CITY MANAGER: TONY O'ROURKE |
| | PAGE 1 OF 2 |

## POLICY

It shall be the general policy of the City to anticipate and avoid occurrence of valid complaints or grievances, and to deal promptly with any which may arise. Except where there is an acceptable reason for not doing so, all matters of this nature will be handled and transmitted through supervisors in the following order, according to the department's chain of command:

Immediate Supervisors
Department Director
City Manager

## PURPOSE

The primary purpose of this grievance procedure is to determine what is right rather than who is right. Free discussion between employees and supervisors will lead to better understanding by both practices, policies and procedures which affect employees. Discussion will serve to identify and help eliminate conditions which may cause misunderstandings and grievances. This purpose is defeated of a spirit and conflict enters into the consideration of a grievance. Supervisors and employees alike must recognize the true purpose of the grievance procedure if it is to be of value in promoting the well-being of the City.

## DEFINITION:

Grievance: A complaint, a view or an opinion pertaining to employment conditions, to relationships between an employee and supervisor or to relationship with other employees. Employees should first discuss any problem or complaint which is in the nature of a grievance with their immediate supervisor.

## PROVISIONS:

Administrative operating procedures as determined by the Director of Human Resources for this policy shall be applicable. Procedures may be amended by the Director of Human Resources from time to time as appropriate.

**ADMINISTRATIVE REPEAL:**

The provisions contained herein shall supersede and replace all prior City Formal Grievance Policies.

**HISTORICAL INFORMATION:**

This provision contained herein shall supersede and replace all prior City policies governing employee grievances.

### FORMAL GRIEVANCE
(Authority:  Administrative Policy 06.10.02)
(Note: Please refer to Sexual Harassment Procedures in those instances.)

**PROCEDURE**

1.  Employees are encouraged to discuss with their immediate supervisor any grievance that they might have and resolve said grievance in an _informal_ manner.

2.  Formal Presentation to Immediate Supervisor:  The employee shall present a written grievance to the immediate supervisor, who shall make a decision and advise the employee of the decision in writing within three working days, unless the grievance is a personal grievance against the immediate supervisor; in which case, the employee may request to discuss the grievance at the next level of command.  Supervisors are encouraged to consult with their superiors to reach a mutually equitable solution.

3.  Appeal to Department Head:  If the grievance is not resolved by the immediate supervisor to the satisfaction of the employee, or if a decision is not made within three (3) working days, the nature of the grievance shall then be submitted in writing by the employee to the department head, through the chain of command.  Also, attached must be a copy of the written reply of the immediate supervisor's decision.

4.  Appeal to the City Manager:  If the disposition of the grievance by the department director is not satisfactory to the employee or if a decision is not made within five (5) working days, the employee may, in writing, refer the grievance to the City Manager through the chain of command.

5.  Appeal to the City Manager must be filed by the employee within five (5) working days after receipt of the department director's decision.  The City Manager will act upon the appeal within ten (10) working days.  The decision of the City Manager shall be final and the employee shall have no further right of administrative appeal.

| CITY OF CORAL SPRINGS |||
|---|---|---|
| **ADMINISTRATIVE POLICY MANUAL** |||
| CHAPTER:  06 HUMAN RESOURCES POLICIES | **POLICY #: 06.06.02** ||
| | **DEPARTMENT: HUMAN RESOURCES** ||
| SECTION:  06 PERFORMANCE EVALUATIONS | **EFFECTIVE DATE: 9/25/99** ||
| | **CITY MANAGER: Michael Levinson** ||
| SUBJECT:  02 INCENTIVE PAY SYSTEM | **PAGE 1 OF 5** ||

## POLICY

The City of Coral Springs has established the Incentive Pay System to motivate and reward employees according to their job performance and contributions toward accomplishment of major objectives.  The purpose of the system is also to promote continuous improvement and quality performance through teamwork, assist in career development and advancement, identify individual training needs, determine suitability for assignment, effectiveness in the assigned position and ability for absorbing more responsibility.  All employees should be continually working together towards the mission, goals, and objectives of the City.

## ELIGIBILITY

Regular budgeted employees who have successfully passed the probationary period are eligible for this program.

## PROVISIONS

1.  RECLASSIFIED EMPLOYEES  Employees experiencing formal classification recognition in the same budgeted position are considered reclassified employees.  Reclassification refers to the process of systematic arrangement in job categories according to established criteria which occurs when a position is assigned additional duties that increases job values. Reclassified employees are not subject to a new probation period unless currently in a probationary period at the time of the reclassification; the effective date of the reclassification occurs in the current pay period that the action is authorized by the City Manager; it will also be the new job anniversary date.

2.  PROBATIONARY PERIODS  A minimum one year period commencing from the employee's date of hire is considered as the Initial Probation Period. Employees are acknowledged as regular employees upon successfully passing the Initial Probation period.  A Position Probation period commences from the effective date of the promotion or demotion for one year.  Probationary periods may be extended up to six months with the written authorization of Human Resources and the City Manager. When successfully completed, this date becomes the job anniversary date. Performance reviews are the most common method for determining whether an

employee has successfully passed the probationary period. Any new employee who is promoted, demoted, or reclassified during a probation period must begin a new one year minimum probation period. Employees must pass probationary periods before becoming eligible for performance awards.

3.    TYPES OF REVIEWS   Initial Probation, Position Probation, Annual, and Other reviews are incorporated into the Incentive Pay System. Probationary reviews generally determine the successful passing of the probation period; annual reviews are generated for regular status employees and are conducted prior to the beginning of the fiscal year; other reviews may be used to recognize excellent achievements or unsatisfactory performance throughout the year.

4.    RATERS   Immediate supervisors are generally raters, however, employees who have performed their duties under more than one supervisor during the rating period should be evaluated by the supervisor for whom the employee worked during the majority of the rating period. The supervisor preparing the rating should consult any other supervisor for whom the employee worked during the rating period in order to determine the most appropriate rating for one or all categories. Each supervisor should sign the evaluation form. Information and ratings can also come from peer evaluations used by a work team.

5.    OBJECTIVES   Employees will be involved with their immediate supervisor before each fiscal year in the development of their objectives, using criteria specific to their position . Objectives are to relate directly to the goals of their department and objectives must be scheduled for completion no later than 8/31 annually. The objectives session should include a review of responsibility of the employee's position, level of performance expected and evaluation rating criteria. Once the employee and supervisor agree on the objectives, signatures and dates should be placed on the form to indicate agreement. Written modifications can be made to major objectives, if agreed upon by the employee and supervisor. Supervisors involved in attitude surveys will be held accountable for follow through on action plans which will be included as an objective to be rated. New employees and employees with a change of status should write major objectives for the remaining period within that fiscal year.

6.    TIMELINE   Eligible employees will receive a written Performance Review annually within 45 calendar days prior to the end of each fiscal year. Probationary employees will receive a written Initial or Position Probation Performance Review on or around the date of their job anniversary date. Annual performance reviews must be submitted to Human Resources prior to September 15. Human Resources will supply an updated listing of performance reviews pending to department directors.

7.    COMPETENCY AND MINIMUM EXPECTATIONS   The Performance Review will be based on how competently each one of the employee's written objectives was performed during the performance period, as well as competency in defined

```
1701  R1
Name: CARTER           FRANCES
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 ADMINISTRATIVE SPECIALIST
Review Date: 10/19/93
Type: SIX MONTH
```

JB ANNIV. DATE __/__/__

on

_____ DUE DATE __/__/__

*Personnel*

# PERFORMANCE REVIEW

## OUR MISSION STATEMENT:

*We want Coral Springs to be the premier city in Florida. We will accomplish this by delivering products and services of superior quality that exceed our customers' expectations.*

**MISSION STATEMENT**
To safeguard the assets of the City and to maximize the efficiency of which those assets are allocated. To maintain a strong financial foundation for the City to ensure sufficient funds for obtaining the appropriate level of services to its residents by: 1) Exercising sound financial leadership, planning and guidance; 2) Recommending, establishing and maintaining sound fiscal policies and practices; 3) Providing appropriate financial control and flexibility.

method for reviewing job performance. The purpose of the system is to review past performance; to acknowledge current performance; and to target performance for the future.

## PERFORMANCE LEVELS:

Grade values of "5", "4", "3", "2", and "1" are used throughout the performance review to determine an overall score. Each grade level corresponds to these definitions:

**5 = Substantially Exceeds Expectations**
Performance is exceptional; outstanding in achieving objectives with sustained superior quality. Requires little or no supervision. Shows exceptional initiative to advance plan, anticipate problems and take appropriate independent actions. Makes major contributions to work unit goals, department goals and to the City's mission.

**4 = Above Expectations**
Performance and achievement of objectives fully meet expectations and occasionally exceed expectations. Requires only occasional supervision. Takes initiative to advance plan, anticipate problems and takes appropriate independent actions. Makes significant contributions to work unit goals, department goals and to the City's mission.

**3 = Meets Expectations**
Performance and objectives meet expectations. Requires normal supervision. Takes initiative to act on projects or problems having priority. Performance contributes to the work unit, department goals and to the City's mission.

**2 = Below Expectations**
Performance is usually below the expected level. Requires close supervision. Definite need for increased performance although performance is sometimes acceptable. The supervisor should work with employee to develop actions for improvement and follow-up on areas needing improvement.

**1 = Does Not Meet Expectations**
Performance consistently fails to meet objectives and expectations. Requires a high degree of supervision or assistance to achieve even minimal work results. As soon as this is recognized, and prior to the written Performance Review, the supervisor should contact the Human Resources Department. Counseling should be conducted with the employee prior to giving this rating. If immediate and sustained improvement is not made within 60 days, disciplinary action will be initiated. This rating should not be given unless counseling and/or documentation of deficiencies have taken place during the rating period. The employee will be reviewed again in 60 days.

10/25/93

OBJECTIVES FOR APPRAISAL PERIOD - FRAN CARTER

List major objectives (recommend not more than 5) to be accomplished in the next fiscal year.  These major objectives should cover significant parts of a job, not everything an employee does.

Describe each major objective in specific terms.  Objectives should be measurable in time, quality and quantity whenever possible.  50% of your next performance evaluation will be based on accomplishing these major objectives.  The major objectives should be weighted and the sum of all the major objective weights should total 100%.

| MAJOR OBJECTIVES | | | | |
|---|---|---|---|---|
| Target Date | Weight (%) | MAJOR OBJECTIVES AND MEASUREMENTS | ACCOMPLISHMENTS | RATING 5,4,3,2,1 |
| 04/01/94 | 25% | Decrease the length of time spent on computing the dollar figures of water bills from the present 3-4 hours to 2 hours | | |
| 09/01/94 | 25% | Decrease by 15% the allotted time for duplication of the City Commission agenda, now taking 10-12 hours to 8-9 hours, to improve timeliness while maintaining accuracy. | | |
| 09/01/94 | 25% | Decrease by 20% the time needed to duplicate the Weekly Management Report thereby ensuring that it is ready for the Commission meeting and the staff meetings, a project that now takes approximately 8-10 hours to 6-8 hours. | | |
| 06/01/94 | 25% | Attend computer training classes in Wordperfect I in order to become more efficient to help with the computer workload in Purchasing; to be re-tested by Human Resource Department in typing skills to achieve a passing score of 50 wpm from 37 wpm with 17% error factor | | |

Total 100%

Agreement on Major Objectives:

SUPERVISOR _Carrie M. Nelson_ DATE: _10/26/93_   EMPLOYEE _Fran Carter_ DATE: _10-26-93_

Fran Carter

**PERFORMANCE REVIEW**                                                      **PAGE 3**

Rate those job skills and managerial/leadership skills (Pages 3 and 4) most applicable for performance. Disregard those that are not applicable, as agreed upon by rater and ratee. 50% of your performance review will be based on the applicable skills.

| JOB SKILLS | COMMENTS | Rating 5,4,3,2,1 |
|---|---|---|
| **CUSTOMER SATISFACTION**<br>o Identifies customer requirements.<br>o Meets commitments on schedule.<br>o Responsive to customer problems.<br>o Provides quality services. | Employee is willing to help employees when it concerns the copy and/or mail rooms; improving her time schedule with concern to the water bills and the agenda and management report; employee's work is done within an acceptable time frame. | |
| **QUALITY COMMITMENT/CONTRIBUTION**<br>o Demonstrates creativity and innovative problem solving techniques.<br>o Seeks input from customers and team members.<br>o Develops methods to more effectively perform job.<br>o Uses results of employee surveys positively. Implements action plans. | Employee willing to seek help to problems and capable to implementing the solutions without help; employee time spent with several responsibilities has improved and should continue to improve with her familiarity in projects. | |
| **TEAMWORK**<br>o Strives for team results.<br>o Manages conflict effectively.<br>o Gains cooperation from others.<br>o Demonstrates flexibility to accomplish tasks. | Employee willing to strive for better results in her projects; needs to look for solutions to better the end result either on her own or by seeking help from others | |
| **BUILDING EFFECTIVE RELATIONSHIPS/COMMUNICATIONS**<br>o Listens and responds to concerns of others.<br>o Works effectively with many levels within the organization as well as external customers.<br>o Keeps others informed. | Employee works well with other employees and is always willing to help them with projects when approached; needs to feel confidence in answering telephone inquiries as well as public inquiries in the office. | |
| **TECHNICAL EXPERTISE**<br>o Uses knowledge effectively.<br>o Advice is highly valued.<br>o Applies new information quickly.<br>o Keeps technical skills current.<br>o Commits to training and skills implementation | Employee is willing to attend computer classes to facilitate her knowledge of the computer and its function within her office | |

*NOTE:  Managerial/Leadership Skills continued on the next page.*

PERFORMANCE REVIEW

**Complete for those skills that apply.**

| MANAGERIAL/LEADERSHIP SKILLS | COMMENTS | Rating 5,4,3,2,1 |
|---|---|---|
| **CREATING A SHARED VISION**<br>o Communicates City's mission and group's goals.<br>o Effectively plans and prioritizes assignments.<br>o Establishes mutually agreed upon objectives.<br>o Listens to opinions of others. | Employees responsibilities leaves little time to effect plans as her priority includes Commission packages that are either top priority or in such a time frame that does not allow her to plan ahead. Employee listens to opinions of others to facilitate her workload. | |
| **EMPOWERING OTHERS**<br>o Delegates responsibility and authority to subordinates or team.<br>o Encourages and supports prudent risk taking.<br>o Recognizes innovation.<br>o Acts as "coach", not "player". | | |
| **RECOGNIZING MERIT**<br>o Gives frequent, realistic feedback.<br>o Conducts honest and timely performance reviews.<br>o Recognizes and rewards risk taking and team problem solving.<br>o Addresses poor performance. | | |
| **ACHIEVING RESULTS**<br>o Strives for high performance and delivers results.<br>o Demonstrates technical competence to lead and develop people.<br>o Promotes team innovation and calculated risk taking.<br>o Sets example for fairness and high personal standards.<br>o Plans and executes agenda items with quality and timeliness. | Employee anxious to produce high quality work and deliver that work in a timely manner and is careful in her approach to her projects; capable of using features of the duplicating machine to facilitate different projects and needs required; | |
| **DEVELOPMENT OF EMPLOYEES**<br>o Coaches, trains and develops employees.<br>o Recognizes and promotest best employees.<br>o Develops challenging assignments. | | |

PERFORMANCE REVIEW                                                   PAGE 5

**SIGNIFICANT EVENTS** that occurred during review period and are not covered in objectives. <u>May be positive or negative.</u> (i.e., verbal or written reprimands, failure to meet minimum expectations such as attendance, following policies, etc.). Nature of comments may impact overall rating.

Employee has developed a better time schedule with regard to her addition of the water bills and knows the value of time regarding the reproduction of the Commission packages as well as their correctness. Because of the employee's many faceted responsibilities, and often times the expediency time table expected, employee needs to make sure that any available time is kept responsive to the requirements of her normal responsibilities. Employee 's personality is an asset to the office and she is capable of dealing well with everyone she comes in contact with.

**DEVELOPMENTAL OBJECTIVE(S)** Describe what should be done in the coming year to improve performance in current job and/or to further develop skills that will help the individual. Consider experience on the job as well as formal training/education programs and development through coaching/counseling, frequent feedback, and empowerment. Be specific - e.g., what training program, coaching in what skill, etc.

Employee willing to take additional computer training classes which will benefit her capabilities in this regard; needs to seek ways to better facilitate her work load in a more expeditious way; needs to learn some of the functions of the bids/quotes, etc, in the office to help those around her when required.

TOTAL OVERALL RATING:        ___ 5 (Substantially Exceeds Expectations)

                             ___ 4 (Above Expectations)

                             _X_ 3 (Meets Expectations)

                             ___ 2 (Below Expectations)

                             ___ 1 (Does Not Meet Expectations)

**PERFORMANCE AWARD**                          **PROBATION**

___ I recommend performance award.          ___ Successfully completed.

___ I do not recommend performance award.   ___ Extended to _____.

_X_ Performance award not applicable.       _X_ Not applicable.

Rater: _(signature)_                        Date: _10/19/93_

Rater: _(signature)_                        Date: _10/26/93_

Department Director: _(signature)_          Date: _10-28-93_

Human Resources: _____                Date: _____

City Manager's Office: _____          Date: _____
(If department director's review or extension of probation.)

**PERFORMANCE REVIEW**                                                          PAGE 6

**EMPLOYEE:**

I have reviewed this appraisal and discussed the contents.  My signature indicates that I have been advised of my performance status and does not necessarily imply that I agree with the contents of this evaluation.

_Frances M. Carter_   10-26-93
**Employee's Signature**        (date)


**EMPLOYEE COMMENTS (Optional)**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

```
1701  R1
NAME: CARTER              FRANCES
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 ADMINISTRATIVE ASSISTANT        \TE __/__/__
REVIEW DATE: 4/19/94
TYPE: PROBATIONARY REVIEW                    ATE __/__/__
```

## PERFORMANCE REVIEW

**OUR MISSION STATEMENT:**
*We want Coral Springs to be the premier city in Florida.  We will accomplish this by delivering products and services of superior quality that exceed our customers' expectations.*

**DEPARTMENT MISSION STATEMENT:**

The City of Coral Springs Incentive Pay System has been established to provide an effective method for reviewing job performance.  The purpose of the system is to review past performance; to acknowledge current performance; and to target performance for the future.

**PERFORMANCE LEVELS:**
Grade values of "5", "4", "3", "2", and "1" are used throughout the performance review to determine an overall score.  Each grade level corresponds to these definitions:

**5 = Substantially Exceeds Expectations**
Performance is exceptional; outstanding in achieving objectives with sustained superior quality. Requires little or no supervision.  Shows exceptional initiative to advance plan, anticipate problems and take appropriate independent actions.  Makes major contributions to work unit goals, department goals and to the City's mission.

**4 = Above Expectations**
Performance and achievement of objectives fully meet expectations and occasionally exceed expectations.  Requires only occasional supervision.  Takes initiative to advance plan, anticipate problems and takes appropriate independent actions.  Makes significant contributions to work unit goals, department goals and to the City's mission.

**3 = Meets Expectations**
Performance and objectives meet expectations. Requires normal supervision. Takes initiative to act on projects or problems having priority.  Performance contributes to the work unit, department goals and to the City's mission.

**2 = Below Expectations**
Performance is usually below the expected level.  Requires close supervision.  Definite need for increased performance although performance is sometimes acceptable. The supervisor should work with employee to develop actions for improvement and follow-up on areas needing improvement.

**1 = Does Not Meet Expectations**
Performance consistently fails to meet objectives and expectations.  Requires a high degree of supervision or assistance to achieve even minimal work results.  As soon as this is recognized, and prior to the written Performance Review, the supervisor should contact the Human Resources Department.  Counseling should be conducted with the employee prior to giving this rating.  If immediate and sustained improvement is not made within 60 days, disciplinary action will be initiated.  This rating should not be given unless counseling and/or documentation of deficiencies have taken place during the rating period.  The employee will be reviewed again in 60 days.

**OBJECTIVES FOR APPRAISAL PERIOD**                                    **PAGE 2**

List major objectives (recommend not more than 5) to be accomplished in the next fiscal year. These major objectives should cover significant parts of a job, not everything an employee does.

Describe each major objective in specific terms. Objectives should be measurable in time, quality and quantity whenever possible. 50% of your next performance evaluation will be based on accomplishing these major objectives. The major objectives should be weighted and the sum of all the major objective weights should total 100%.

| MAJOR OBJECTIVES | | | | |
|---|---|---|---|---|
| Target Date | Weight (%) | MAJOR OBJECTIVES and MEASUREMENTS | ACCOMPLISHMENTS | RATING 5,4,3,2,1 |
| | | | | |

Total 100%

Agreement on Major Objectives:

SUPERVISOR:_____ Date: _____    EMPLOYEE: _____ Date: _____

☐   Shaded areas to be completed before beginning of fiscal year.

 

**PERFORMANCE REVIEW**                                                       **PAGE 3**

Rate those job skills and managerial/leadership skills (Pages 3 and 4) most applicable for performance. Disregard those that are not applicable, as agreed upon by rater and ratee. 50% of your performance review will be based on the applicable skills.

| JOB SKILLS | COMMENTS | Rating 5,4,3,2,1 |
|---|---|---|
| **CUSTOMER SATISFACTION**<br>o Identifies customer requirements.<br>o Meets commitments on schedule.<br>o Responsive to customer problems.<br>o Provides quality services. | See Attached | |
| **QUALITY COMMITMENT/CONTRIBUTION**<br>o Demonstrates creativity and innovative problem solving techniques.<br>o Seeks input from customers and team members.<br>o Develops methods to more effectively perform job.<br>o Uses results of employee surveys positively. Implements action plans. | See Attached | |
| **TEAMWORK**<br>o Strives for team results.<br>o Manages conflict effectively.<br>o Gains cooperation from others.<br>o Demonstrates flexibility to accomplish tasks. | See Attached | |
| **BUILDING EFFECTIVE RELATIONSHIPS/COMMUNICATIONS**<br>o Listens and responds to concerns of others.<br>o Works effectively with many levels within the organization as well as external customers.<br>o Keeps others informed. | See Attached | |
| **TECHNICAL EXPERTISE**<br>o Uses knowledge effectively.<br>o Advice is highly valued.<br>o Applies new information quickly.<br>o Keeps technical skills current.<br>o Commits to training and skills implementation | See Attached | |

NOTE:  Managerial/Leadership Skills continued on the next page.

PERFORMANCE REVIEW                                                    PAGE 4

## Complete for those skills that apply.

| MANAGERIAL/LEADERSHIP SKILLS | COMMENTS | Rating 5,4,3,2,1 |
|---|---|---|
| **CREATING A SHARED VISION**<br>o Communicates City's mission and group's goals.<br>o Effectively plans and prioritizes assignments.<br>o Establishes mutually agreed upon objectives.<br>o Listens to opinions of others. | See Attached | |
| **EMPOWERING OTHERS**<br>o Delegates responsibility and authority to subordinates or team.<br>o Encourages and supports prudent risk taking.<br>o Recognizes innovation.<br>o Acts as "coach", not "player". | N/A | |
| **RECOGNIZING MERIT**<br>o Gives frequent, realistic feedback.<br>o Conducts honest and timely performance reviews.<br>o Recognizes and rewards risk taking and team problem solving.<br>o Addresses poor performance. | N/A | |
| **ACHIEVING RESULTS**<br>o Strives for high performance and delivers results.<br>o Demonstrates technical competence to lead and develop people.<br>o Promotes team innovation and calculated risk taking.<br>o Sets example for fairness and high personal standards.<br>o Plans and executes agenda items with quality and timeliness. | See Attached | |
| **DEVELOPMENT OF EMPLOYEES**<br>o Coaches, trains and develops employees.<br>o Recognizes and promotest best employees.<br>o Develops challenging assignments. | N/A | |

**PERFORMANCE REVIEW**                                              PAGE 5

**SIGNIFICANT EVENTS** that occurred during review period and are not covered in objectives. May be positive or negative. (i.e., verbal or written reprimands, commendations, failure to meet minimum expectations such as attendance, following policies, etc.).  Nature of comments may impact overall rating.

<u>See Attached</u>

_____

_____

_____

_____

**DEVELOPMENTAL OBJECTIVE(S)**  Describe what should be done in the coming year to improve performance in current job and/or to further develop skills that will help the individual. Consider experience on the job as well as formal training/education programs and development through coaching/counseling, frequent feedback, and empowerment. Be specific - e.g., what training program, coaching in what skill, etc.

<u>See Attached</u>

_____

_____

_____

_____

_____

TOTAL OVERALL RATING:       ____ 5 (Substantially Exceeds Expectations)

                            ____ 4 (Above Expectations)

                            _X_ 3 (Meets Expectations)

                            ____ 2 (Below Expectations)

                            ____ 1 (Does Not Meet Expectations)

**PERFORMANCE AWARD**                         **PROBATION**

_X_ I recommend performance award.           _X_ Successfully completed.

____ I do not recommend performance award.   ____ Extended to _____.

____ Performance award not applicable.       ____ Not applicable.

Rater: _____   Date: _5/10/94_

Rater: _____   Date: _5/10/94_

Department Director: _____   Date: _5-10-94_

Human Resources: _____   Date: _____

City Manager's Office: _____   Date: _____
(If department director's review or extension of probation.)

**PERFORMANCE REVIEW**                                                    **PAGE 6**

**EMPLOYEE:**

I have reviewed this appraisal and discussed the contents. My signature indicates that I have been advised of my performance status and does not necessarily imply that I agree with the contents of this evaluation.

_Hanus C Atty_ 05/10/94

Employee's Signature            (date)


**EMPLOYEE COMMENTS (Optional)**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

# CITY OF CORAL SPRINGS PERFORMANCE REVIEW

EMPLOYEE    Frances Carter
DEPARTMENT    Department of Financial Management/Purchasing Division
TITLE    Administrative Assistant

**OUR MISSION STATEMENT:** *We want to be the premiere city in Florida in which to live, work, and raise a family.*
The City of Coral Springs Incentive Pay System has been established to provide an effective method for reviewing job performance. The purpose of the system is to review past performance and acknowledge current performance, customer services and teamwork; and to target performance for the future.

## PERFORMANCE LEVELS:

Values of "5", "4", "3", "2", and "1" are used throughout the performance review to determine an overall score. Each level corresponds to these definitions:

5 = **Substantially Above Expectations**
Performance is exceptional; outstanding in achieving objectives with sustained superior quality. Requires little or no supervision. Shows exceptional initiative to advance plan, anticipate problems and take appropriate independent actions. Makes major contributions to work unit goals, department goals and to the City's mission.

4 = **Above Expectations**
Performance and achievement of objectives fully meet expectations and occasionally exceed expectations. Requires only occasional supervision. Shows initiative to advance plan, anticipate problems and takes appropriate independent actions. Makes significant contributions to work unit goals, department goals and to the City's mission.

3 = **Meets Expectations**
Performance and achievement of objectives meet expectations. Requires routine supervision. Takes initiative to act on projects or problems having priority. Performance contributes to the work unit, department goals and to the City's mission.

2 = **Below Expectations**
Performance is below the expected level; all objectives are not achieved. Requires close supervision. Definite need for improved performance although performance is sometimes acceptable. The employee should develop an action plan for improvement on areas needing improvement. If immediate and sustained improvement is not made in the rated category within 60 days, disciplinary action will be initiated. This rating should not be given overall unless counseling and/or documentation of deficiencies have taken place during the rating period. The employee will be reviewed again in 60 days at which time an overall rating with this value may result in termination.

1 = **Substantially Below Expectations**
Performance consistently fails to achieve objectives and meet expectations. Requires a high degree of supervision or assistance to achieve work results. As soon as this is recognized, and prior to the written Performance Review, the supervisor should contact the Human Resources Department. Counseling should be conducted with the employee prior to giving this rating. If immediate and sustained improvement is not made within 60 days, disciplinary action will be initiated. This rating should not be given unless counseling and/or documentation of deficiencies have taken place during the rating period. The employee will be reviewed again in 60 days at which time an overall rating with this value may result in termination.

**OBJECTIVES FOR APPRAISAL PERIOD**   List approximately FIVE major objectives to be accomplished from 9/1 – 8/31. Major objectives should cover significant parts of a job, or parts of a team, not everything an employee does. Describe each objective in specific terms that are measurable in time, quality and/or quantity. "Customers" should be defined for each position and incorporated into the objectives. Accomplishment of objectives are 50% of your next performance evaluation. The objectives should be weighted and the sum of all the objective weights should total 100%. Additionally, the Performance Evaluation Job Skills weights and/or percentages for the next rating period should be agreed upon now and indicated on the bottom of this page.

**MAJOR OBJECTIVES**

Obj #     Weight/(%)  Date    MAJOR OBJECTIVES and MEASUREMENTS

1.   "SEE ATTACHED SHEET"

2.

3.

4.

5.

**THIS YEAR'S ACCOMPLISHMENTS**

Obj #     Weight/(%)  Date   RESULTS

1.   "SEE ATTACHED SHEET"

2.

3.

4.

5.

**NEXT RATING PERIOD'S PERFORMANCE EVALUATION JOB SKILL WEIGHTS/PERCENTAGES:**

| | |
|---|---|
| 15 | 1. Customer Satisfaction |
| 15 | 2. Quality Commitment/Contribution |
| 15 | 3. Teamwork |
| 15 | 4. Building Effective Relationships/Communications |
| 10 | 5. Technical Expertise |
| 10 | 6. Empowerment |
| 10 | 7. Achieving Results |
| 10 | 8. Productivity/Quantity |
| | Leadership Skills: |
| | 9. Creating a Shared Vision |
| | 10. Empowering Others |
| | 11. Recognizing Merit |
| | 12. Development of Employees |

Agreement:

SUPERVISOR: _____   Date: _____   EMPLOYEE: _____   Date: _____

## PERFORMANCE REVIEW JOB SKILLS

Rate those job skills, customer service skills, teamwork, and leadership skills most applicable for performance. Add other definition statements if necessary. Overall, 50% of your performance review is based on the following applicable Job Skills. Emphasis is placed upon Customer Satisfaction and Teamwork categories; other job skills are also rated in this process. As a quality organization, the following Standards of Conduct are expected of all employees: regular attendance, punctuality, continuing to work without being observed, treating customers and coworkers with respect, following policies and procedures, performance of job duties of current position; meeting deadlines, and projecting a positive image of the City to coworkers and the public. Deviations should be addressed under "Significant Events".

**CUSTOMER SATISFACTION   RATING: 4   WEIGHT/PERCENTAGE: 10%**
Identifies cause of problem and works to resolve cause, eliminating ongoing need for repetitive services. Services are performed right the first time; customers do not have to return to resolve same issue. Follows up with customers to ensure satisfaction is attained.
**EXAMPLES/COMMENTS:**
Fran has always met the varied job needs of outside departments and internal requirements when it comes to copying work and keeping up with the mail room duties. Her work is usually free of errors, especially when it comes to the Agenda Package and Management Report.

**QUALITY COMMITMENT/CONTRIBUTION   RATING: 3   WEIGHT/PERCENTAGE: 10%**
Demonstrates initiative; identifies areas to improve quality; implements quality changes. Makes meaningful contributions; work is significant to other people; demonstrates personal responsibility for outcome of work.
**EXAMPLES/COMMENTS:**
Fran requested and received personal responsibility for the Commission agenda package and the Management Report during the past year. She did a fine job putting those items together and getting them to the right people in a timely manner. Fran should extend this type of initiative and effort into all her duties and make sure that she is on the look out for additional responsibilities that have fallen into her team. Additional duties will be coming in the way of all of the four people in the Support Staff of the Finance Department and Fran must make sure that she aggressively pursues those new job duties.

**TEAMWORK   RATING: 3   WEIGHT/PERCENTAGE: 15%**
Strives for team results. Seeks input from customers and team members.
**EXAMPLES/COMMENTS:**
Fran has become more communicative during the past year but needs to make more of a vocal contribution to the ideas that her team will be facing. Fran should remember that all input is helpful and that her opinion is valued.

**BUILDING EFFECTIVE RELATIONSHIPS/COMMUNICATIONS   RATING: 4   WEIGHT/PERCENTAGE: 15%**
Manages conflict effectively. Listens and responds positively to concerns of others. Works effectively with many levels within the organization.
**EXAMPLES/COMMENTS:**
Fran has a friendly, pleasant personality which blends well with other people both inside and outside the department. Fran will listen to your point of view and will work along to accomplish a project. She has maintained good relations with Water Billing under some trying conditions.

**TECHNICAL EXPERTISE   RATING: 3   WEIGHT/PERCENTAGE: 15%**
Produces quality work through application of knowledge. Uses expertise to proactively try to solve problems rather than just reacting to consequences of problems.
**EXAMPLES/COMMENTS:**
The things that Fran has been asked to do, she does well. Fran has just received a micro-computer on her desk and will be expected to grow in the coming year and become more familiar with the required program. As with every other person in her team, Fran will have to become more familiar with the software programs that are used by the balance of the Finance Department.

**EMPOWERMENT  RATING: 3     WEIGHT/PERCENTAGE:  10%**
Uses initiative to make or participate in important decisions wisely. Effectively selects strategies, develops and implements plans in response to customer demands; demonstrates accountability for decisions made.
**EXAMPLES/COMMENTS:**
This is a fairly new concept to a lot of employees and Fran is one that must work to improve in this area. Fran must understand that she will be supported, mistakes will not be held against her, and that the City is actively looking for people who can demonstrate sensible initiative. This will be an important area for Fran to concentrate on and improve.

**ACHIEVING RESULTS    RATING: 4     WEIGHT/PERCENTAGE:  10%**
Strives for high quality performance and delivers results. Can be counted on to competently performs routine to complex duties with quality results on own initiative.
**EXAMPLES/COMMENTS:**
Whatever job Fran has been asked to do during the past year she has done without anyone having to look over her shoulder. For instance, the time frame to handle the checks for the Water Billing area has decreased during the past year as a result of Fran's growing expertise and confidence.

**PRODUCTIVITY/QUANTITY  RATING: 3     WEIGHT/PERCENTAGE:  15%**
Produces expected workload on a continuous basis; performs fair share of work. Manages time effectively.
**EXAMPLES/COMMENTS:**
In every area that Fran has been given responsibility, such as the mailroom duties, copy room duties and handling the checks for Water Billing she has gotten the job done in a timely and efficient manner. Fran must begin taking the next step by making sure that whatever additional duties come to her team she handles her fair share of those projects.

**Complete for those skills that apply.**
**LEADERSHIP SKILLS**

**CREATING A SHARED VISION RATING: 1  2  3  4  5   WEIGHT/PERCENTAGE:**
Communicates City's mission and group's goals. Stresses cooperation, coordination and communication within department and across dept boundaries.
**EXAMPLES/COMMENTS:**

**EMPOWERING OTHERS RATING: 1  2  3  4  5   WEIGHT/PERCENTAGE:**
Delegates responsibility and authority to subordinates or team and recognizes results. Removes obstacles for employees.
**EXAMPLES/COMMENTS:**

**RECOGNIZING MERIT RATING: 1  2  3  4  5   WEIGHT/PERCENTAGE:**
Gives frequent, realistic feedback. Gives credit where credit is due; lets others know of employee's good work.
**EXAMPLES/COMMENTS:**

**DEVELOPMENT OF EMPLOYEES RATING: 1  2  3  4  5   WEIGHT/PERCENTAGE:**
Demonstrates technical competence to lead and develop people. Knows what employees do on a regular basis; provides guidance on difficult or complex issues.
**EXAMPLES/COMMENTS:**

PERFORMANCE REVIEW
OVERALL COMMENTS:
SIGNIFICANT EVENTS that occurred during review period and are not covered in objectives. **May be positive or negative** (i.e., verbal or written reprimands, commendations, failure to uphold Standards of Conduct such as attendance, following policies, etc.). Nature of comments may impact overall rating.

DEVELOPMENTAL OBJECTIVE(S) Describe what should be done in the coming year to improve performance in current job and/or to further develop skills that will help the individual. Consider experience on the job as well as formal training/education programs and development through coaching/counseling, frequent feedback, and empowerment. Be specific - i.e., what training program, coaching in what skill, etc.

As with other members of her team, Fran is being asked to support the balance of the Finance Department. To do this Fran must become familiar with the computer programs that they use. Fran should also sharpen her Word Perfect skills at every opportunity and begin to assume some word processing responsibilities. If training in these programs is not available through the City, outside training courses will be provided to help Fran meet these developmental objectives.

TOTAL OVERALL RATING:
___ 5 (Substantially Above Expectations)
___ 4 (Above Expectations)
_X_ 3 (Meets Expectations)
___ 2 (Below Expectations)
___ 1 (Substantially Below Expectations)

PERFORMANCE AWARD
_X_ I recommend performance award.
___ I do not recommend performance award.
___ Performance award not applicable.

PROBATION
___ Successfully completed.
___ Extended to _____
___ Not applicable.

Rater: _____
Rater: _____  Date: 9/19/94
Authorizing Signature: _____  Date: 9-19-94

EMPLOYEE:

I have reviewed this appraisal and discussed the contents. My signature indicates that I have been advised of my performance status and does not necessarily imply that I agree with the contents of this evaluation.

_____ (date): 09-19-94
Employee's Signature

EMPLOYEE COMMENTS (Optional)

OBJECTIVES FOR 1994 APPRAISAL PERIOD - FRANCES CARTER, ADMINISTRATIVE ASSISTANT

| MAJOR OBJECTIVES | | | | |
|---|---|---|---|---|
| Target Date | Weight (%) | MAJOR OBJECTIVES AND MEASUREMENTS | ACCOMPLISHMENTS | RATING 5,4,3,2,1 |
| 04/01/94 | 25% | Decrease the length of time spent on computing the dollar figures of water bills from the present 3-4 hours to 2 hours | The length of time spent on computing the dollar figures on the water bills has been reduced to 2-3 hours | 4 |
| 09/01/94 | 25% | Decrease by 15% the allotted time for duplication of the City Commission agenda, now taking 10-12 hours to 8-9 hours, to improve timeliness while maintaining accuracy. | Decreased City Commission agenda to 4-5 hours with planning a day ahead of time maintaining accuracy. As of June 94, The City Commission agenda is no longer my responsibility. | 4 |
| 09/01/94 | 25% | Decrease by 20% the time needed to duplicate the Weekly Management Report thereby ensuring that it is ready for the Commission meeting and the staff meetings, a project that now takes approximately 8-10 hours to 6-8 hours. | Decreased management report greatly from 8-10 hours to 2 hours from 4pm to 6pm finished in time for the 6:30pm City Commission meeting. | 3 |
| 06/01/94 | 25% | Attend computer training classes in Wordperfect I in order to become more efficient to help with the computer workload in Purchasing; to be re-tested by Human Resource Department in typing skills to achieve a passing score of 50 wpm from 37 wpm with 17% error factor | Didn't attend Wordperfect training, classes was cancelled, I just recently received my PC equipment I will retest my typing skills after building my speed up again. | 3 |

Total    100%

Agreement on Major Objectives:

SUPERVISOR: _____   DATE: 9/19/94   EMPLOYEE: _____   DATE: 9/19/94

Fran Carter

OBJECTIVES FOR APPRAISAL PERIOD -

| MAJOR OBJECTIVES | | | | |
|---|---|---|---|---|
| Target Date | Weight (%) | Major Objectives & Measurements | Accomplishments | Rating 5,4,3,2,1 |
| 04/30/95 | 30% | Reduce Water Bills from 2-3 hours to min of 1-2 hours. | | |
| 04/30/95 | 30% | Decrease time spent on Management Report depending on the size of the report Most of the time it takes at least 4 hours total 2 hours 4pm to 6pm on the evening of the of the City Commissioners meeting, and 8am to 10am the Wednesday Morning after the City Commissioners meeting My goal is to complete the project total time 3 hours. | | |
| 04/30/95 | 40% | Recently I recieved my PC Equipment Presently I'm doing WP typing vendors application, and adding to our vendors list which includes merge\sort. vendors I'm also working on Memos and Letters. I plan to attend Computer training classes in WP, Word, Excel Mail to continue building my skills and speed to 55 WPM with accuracy. | | |
| | | | | |
| | | | | |

Total 100%

Agreement on Major Objectives:

SUPERVISOR: _Mugh Salan_   DATE: _9/8/94_   EMPLOYEE: _Fran Carter_   DATE: _9/19/94_

## City of CORAL SPRINGS
## PERFORMANCE REVIEW

EMPLOYEE NAME: FRAN CARTER

TITLE: SR. OFFICE ASSISTANT

DEPARTMENT: FINANCE/WATER BILLING DIVISION

---

**OUR MISSION:** *We want to be the premier city in Florida in which to live, work, and raise a family.*

---

The Incentive Pay System has been established to provide an effective method for reviewing job performance. The purpose of the system is to review past performance, acknowledge current performance and target performance for the future.

### PERFORMANCE LEVELS:

Ratings of "4", "3", "2", and "1" are used throughout the performance review to rate performance on major objectives and job skills. Listed below are the definitions of each of the four levels.

#### 4 = SUBSTANTIALLY ABOVE EXPECTATIONS

Performance is outstanding. Employee has contributed to the Department to a significant degree. Produces the highest quality work which is consistently reliable and is often completed in advance of deadlines. Demonstrates outstanding initiative to advance plan, anticipates and solves problems and takes appropriate empowered actions. Requires little or no supervision.

#### 3 = ABOVE EXPECTATIONS

Performance is distinguished. Employee often does more than is expected. Produces quality work which is reliable and completed by deadlines. Shows initiative to advance plan, anticipate problems and takes appropriate empowered actions. Requires only occasional supervision.

#### 2 = MEETS EXPECTATIONS

Performance is sufficient. Produces satisfactory work which is usually reliable and priorities are completed by deadlines. Follows routine plans, handles problems as situations occur and takes authorized actions. Requires routine supervision.

#### 1 = BELOW EXPECTATIONS

Performance is below the expected level. All objectives are not achieved. Requires close supervision. Definite need for improved performance. The employee must develop an action plan for improvement. If immediate and sustained improvement is not made in the rated category within 60 days, disciplinary action will be initiated. This rating should not be given overall unless counseling and/or documentation of deficiencies have taken place during the rating period. The employee should be reviewed again in 60 days at which time an overall rating with this value may result in termination.

**Revised 7/95**




**Revised 7/95**

<u>MAJOR OBJECTIVES</u> for **Appraisal Period: September 1, 1994 - August 31, 1995.**

<u>NOTE</u>: *This form is to be used to record past performance for the above appraisal period only.*
*Please use an additional form (attached) to record next year's major objectives.*

Objectives should cover significant parts of a job, not everything an employee does and should be
measurable in time, quality and/or quantity. Accomplishment of objectives are 50% of the performance
review. The objectives should be weighted (valued) and the total value should equal 100%.

<u>Weight(%)</u>   List **objectives** and target date for completion.

 15     1. Complete lien inquiries in 2-3 days - 80% of the time

 20     2. Set-up new customer accounts in 30 minutes - 90% of the time

 15     3. Complete entering data for finals in 30 minutes - 95% of the time

 25     4. Improve skills on the HTE billing system to reduce entering meter reading input time by 20%

 25     5. Learn to cash out register at window
100%

<u>Rating</u>            List **accomplishments of above objectives** including date of completion.

 2     1. Presently taking 5-6 days to complete

 2     2. Needs to improve time should only take 10 minutes

 2     3. Goal Attained

 2     4. Needs additional trailing to enhance skill level

 1     5. Has not participated in this task

<u>PROCESS IMPROVEMENTS</u> - List at least two (2) process improvements in which the employee was a
participant. (Do not rate.)


<u>JOB SKILLS</u> for **Appraisal Period:**

Please rate the job skills most applicable to performance. Overall, 50% of the performance review is
based on the Job Skills. Weighting (valuing) of job skills is *optional*. If not weighted, all have equal
weight (value).

| Rating | CUSTOMER FOCUS |
|---|---|

**2**   ***CUSTOMER SERVICE***                                                          **(Weight: 20%)**
Exceeds customers' expectations with emphasis on presentation, responsiveness, reliability, reassurance, and empathy.
**Specific examples/comments:**
Fran is responsive and shows genuine concern for her customers, to assist and provide answers to their billing problems. Fran's ability to resolve situations needs improvement to provide the service required in the Water Billing Division.  Fran has difficulty with irate customers and tends to pass them off to others in the department.  Her presentation skill level needs improvement to ensure the customer that she has the ability to understand their problems and can communicate that well.  Terms such as; "I don't know, We have only one meter reader," shouldn't be used.  Courtesy language such as; "it would be my pleasure, Let me handle this personally, No problem at all," should be common phrases in handling customers.

| Rating | CONTINUOUS QUALITY IMPROVEMENT |
|---|---|

**2**   ***TEAMWORK***                                                          **(Weight: 15%)**
Seeks input from team members; participates in team projects; helps team members.
**Specific examples/comments:**
Fran is a team player she is always willing to assist another team member.  Fran needs to confer with fellow members of her team for assistance when she runs into a situation that is difficult for her to handle.   Teamwork is a two way system, members help each other resolve issues in providing service to the customers.

**2**   ***QUALITY***                                                          **(Weight: 15%)**
Committed to quality/excellence; identifies areas to improve quality; improves process.
**Specific examples/comments:**
Fran is sincere and earnest in her efforts to do the best that she can.  Fran needs to be more assertive in her role a customer representative.  To control the situation and not let the customer intimidate her.  Fran needs to enhance her oral and written skills to demonstrate to the customer that she is confident and knowledgeable in her job.

**2**   ***BUILDING EFFECTIVE RELATIONSHIPS/COMMUNICATIONS***          **(Weight: 15%)**
Manages conflict effectively; listens and responds positively to concerns of others; works effectively within the organization to achieve desired results.
**Specific examples/comments:**
Fran usually has no problems dealing with the day to day office report among team members.  She does experience difficulty with conflict, she is more likely to avoid it than confront it.  This in itself inhibits her from listening effectively to customers, team members and will work against her efforts to resolve billing problems.  She needs to confront issues as they arise and develop skills to defuse them.  Fran is currently scheduled to attend seminar instruction on this topic.

__2__    **TECHNICAL EXPERTISE**                                    (Weight: 15%)
Skilled in duties assigned; acquires or refines new skills; implements better ways to accomplish tasks; contributes to others' successes through technical advice or input.
**Specific examples/comments:**
Fran's technical ability is satisfactory. She needs to improve her communication skill both orally and in written form in order to resolve problems and to present herself well when dealing with customers. A customer with a large bill due an estimate had a lot of difficulty in understanding Fran's explanation of the credit she applied to the account. Upon review it was found the amount credited was incorrect. In laying out the activity on a spreadsheet it was much easier to determine and see what needed to be adjusted. Fran should utilize these types of analytical processes to assist her in her work.

__2__    **PRODUCTIVITY**                                          (Weight: 20%)
Produces reliable work; completes assignments on time; does fair share of work; works well without supervision.
**Specific examples/comments:**
Fran completes most assignments on time and tries hard to assist others in the performance of jobs tasks in the Billing division. At this time, Fran still requires supervision to do some of what is required i.e., customer adjustments, complaints.

_____JOB

SKILLS (continued)
_____

Rating                          **EMPOWERING EMPLOYEES**

__    **EMPOWERMENT**                                              (Weight: %)
Uses initiative to make or participate in decisions; uses valid data to support or justify decisions.
**Specific examples/comments:**
Making decisions if an invoice can be paid or if authorization is needed for payments.

__    **EMPOWERING OTHERS**                                        (Weight: %)
Delegates responsibility and authority to staff or team; removes obstacles for staff.
**Specific examples/comments:**

Rating                               **LEADERSHIP**

__    **CREATING A SHARED VISION**                                 (Weight: ___%)
Communicates City's mission and group's goals; demonstrates cooperation, coordination and communication within department and across departments.
**Specific examples/comments:**

__    **RECOGNIZING MERIT**                                        (Weight: ___%)
Gives timely, realistic feedback; gives credit where credit is due; lets others know of employee's contributions.
**Specific examples/comments:**

## DEVELOPMENT OF EMPLOYEES                                    (Weight: ___ %)
Demonstrates technical competence to lead and develop people; knows what employees do on a regular basis; provides guidance on difficult or complex issues.
**Specific examples/comments**

---

*As a quality organization, the following Standards of Conduct are expected of all employees: regular attendance, punctuality, continuing to work without being observed, treating customers and coworkers with respect, following policies and procedures, performance of job duties of current position, meeting deadlines, and projecting a positive image of the City to coworkers and the public. Deviations should be addressed under "Significant Events".*

**SIGNIFICANT EVENTS** that occurred during review period and are not covered in objectives. <u>May be positive or negative.</u> (i.e., verbal or written reprimands, participation in focus groups, commendations, failure to uphold Standards of Conduct such as attendance, following policies, etc.). Nature of comments may impact overall rating.

**DEVELOPMENTAL OBJECTIVE(S)** Describe what should be done in the coming year to improve performance in current job and/or to further develop skills that will help the individual. Be specific - i.e., what training program, coaching in what skill, etc.
To focus on improving my customer service.
Fran needs to continue to focus on enhancing her customer service skill. How to diffuse conflict and handling difficult customers. Gain more knowledge in account adjustments and comfort in billing procedures. Obtain more training in telephone, written and oral communication skills to enhance her degree of professionalism the customers expect.
  --Recently has attended seminars/scheduled for:
       --Handling difficult customers
       --Telephone skills
       --Business writing class/seminar

**OVERALL COMMENTS:**

**TOTAL OVERALL RATING:**                          **PROBATION:**
____ 4 (Substantially Above Expectations)
____ 3 (Above Expectations)                        _X_ Successfully completed.
_2_ 2 (Meets Expectations)                         ____ Extended to _____.
____ 1 (Below Expectations)                        ____ Not applicable.

Rater: _____         Date: _____

Rater: _____         Date: _____

Authorizing Signature: _____   Date: _2-20-96_

**EMPLOYEE:**
I have reviewed this appraisal and discussed the contents with the reviewer(s). My signature indicates that I have been advised of my performance status and does not necessarily imply that I agree with the contents of this evaluation.

_____
Employee's Signature            (date)
**EMPLOYEE COMMENTS** (Optional)

 

**MAJOR OBJECTIVES** for Appraisal Period:  September 1, 1995 - August 31, 1996.

**NOTE:** *This form is to be used to record past performance for the above appraisal period only.  Please use an additional form (attached) to record next year's major objectives.*

Objectives should cover significant parts of a job, not everything an employee does and should be measurable in time, quality and/or quantity.  Accomplishment of objectives are 50% of the performance evaluation.  The objectives should be weighted (valued) and the total value should equal 100%.

**Weight(%)**    List **objectives** and target date for completion.

__15__    1. Set-up new construction accounts on a daily as needed basis

__20__    2. Complete open and close out register at window

__20__    3. Complete lien inquiries in 1-2 days

__20__    4. Set-up new accounts in 10 minutes

__25__    5. Train on Water Billing HTE System - 16 hours
100%

**Rating**        List **accomplishments** of above objectives including date of completion.

____    1.

____    2.

____    3.

____    4.

____    5.

**PROCESS IMPROVEMENTS** - List at least two (2) process improvements in which the employee was a participant.  (Do not rate.)

Employee: _____  Rater: _____

## PERFORMANCE REVIEW

EMPLOYEE NAME: Fran Carter
TITLE: Senior Office Assistant
DEPARTMENT: Financial Management

> OUR MISSION:  *We want to be the premier city in Florida in which to live, work, and raise a family.*

The Incentive Pay System has been established to provide an effective method for reviewing job performance.   The purpose of the system is to review past performance, acknowledge current performance and target performance for the future.

### PERFORMANCE LEVELS:

Ratings of "4", "3", "2", and "1" are used throughout the performance review to rate performance on major objectives and job skills.  Listed below are the definitions of each of the four levels.

### 4 = SUBSTANTIALLY ABOVE EXPECTATIONS

Performance is outstanding.  Employee has contributed to the Department to a significant degree.   Produces the highest quality work which is consistently reliable and is often completed in advance of deadlines.  Demonstrates outstanding initiative to advance plan, anticipates and solves problems and takes appropriate empowered actions.  Requires little or no supervision.

### 3 = ABOVE EXPECTATIONS

Performance is distinguished.  Employee often does more than is expected.   Produces quality work which is reliable and completed by deadlines.  Shows initiative to advance plan, anticipate problems and takes appropriate empowered actions.   Requires only occasional supervision.

### 2 = MEETS EXPECTATIONS

Performance is sufficient.   Produces satisfactory work which is usually reliable and priorities are completed by deadlines.  Follows routine plans, handles problems as situations occur and takes authorized actions.  Requires routine supervision.

### 1 = BELOW EXPECTATIONS

Performance is below the expected level.  All objectives are not achieved. Requires close supervision.  Definite need for improved performance.  The employee must develop an action plan for improvement.  If immediate and sustained improvement is not made in the rated category within 60 days, disciplinary action will be initiated.  This rating should not be given overall unless counseling and/or documentation of deficiencies have taken place during the rating period.  The employee should be reviewed again in 60 days at which time an overall rating with this value may result in termination.

**Revised 7/96**

**MAJOR OBJECTIVES** for Appraisal Period: September 1, 1995 - August 31, 1996.

**NOTE** *This form is to be used to record past performance for the above appraisal period only. Please use an additional form (attached) to record next year's major objectives.*

Objectives should cover significant parts of a job, not everything an employee does and should be measurable in time, quality and/or quantity. Accomplishment of objectives are 50% of the performance review. The objectives should be weighted (valued) and the total value should equal 100%.

Weight(%)   List objectives and target date for completion.

_____   1.Set up new construction accounts on a daily as needed basis

_____   2.Complete open and close out register at window

_____   3.Complete lien inquiries in 1-2 days

_____   4.Set-up new accounts in 10 minutes

_____   5.Train on Water billing HTE system - 16 hours

100%

Rating       List **accomplishments of above objectives** including date of completion.

2   1. New construction accounts set up on weekly of as needed basis.

2   2.Completed the training on open/close of register 5/96

2   3.Liens being completed on a weekly basis of as needed

3   4.Set-up new accounts in 5-10 minutes

2   5.Training on HTE system daily

**PROCESS IMPROVEMENTS** - List at least two (2) process improvements in which the employee was a participant.

Meter reading with handheld devices/wands,   New water billing statements and barcoding implemented

**JOB SKILLS** for Appraisal Period:  September 1, 1995  -  August 31, 1996.

---

Rating                                    **CUSTOMER FOCUS**

**2**    _CUSTOMER SERVICE_                                        (Weight: ____%)
Exceeds customers' expectations with emphasis on presentation, responsiveness, reliability, reassurance, and empathy.
**Specific examples/comments:** Fran is generally committed to increasing customer satisfaction and tries to meet or exceed current needs and identify future needs.

---

Rating                          **CONTINUOUS QUALITY IMPROVEMENT**

**2**    _TEAMWORK/COMMUNICATIONS_                               (Weight: ____%)
Seeks input from team members; helps team members; manages conflict effectively; listens and responds positively to concerns of others.
**Specific examples/comments:**Fran has demonstrated her willingness to work as part of the team and share ideas and information with others.  She has established positive working relationships throughout the organization.Fran is respectful and attentive to people who are speaking, both in group and one-on-one situations.  Her good listening skills have been useful to her in her job over the last review period.

**2**    _QUALITY_                                               (Weight: ____%)
Committed to quality/excellence; identifies areas to improve quality; improves process.
**Specific examples/comments:**Fran shows a strong sense of commitment to quality and excellence.  Her work has usually met the company's quality expectations.

**2**    _TECHNICAL EXPERTISE_                                   (Weight: ____%)
Skilled in duties assigned; acquires or refines new skills; implements better ways to accomplish tasks; contributes to others' successes through technical advice or input.
**Specific examples/comments:**  Fran generally understands the duties and r esponsibilities of the job.  As a result, she is often able to act on her own initiative.

**2**    _PRODUCTIVITY_                                          (Weight: ____%)
Produces reliable work; completes assignments on time; does fair share of work; works well without supervision.
**Specific examples/comments:**Fran generally organizes her work efficiently.   She is usually productive and her work rarely needs to be redone.

---

Rating                             **EMPOWERING EMPLOYEES**

**2**    _EMPOWERMENT_                                           (Weight: ____%)
Uses initiative to make or participate in decisions; uses valid data to support or justify decisions.
**Specific examples/comments:** Fran has a tendency to stick to routines and does not often act independently.  She is generally a reliable team member but could make an even bigger contribution by acting more aggressively when opportunities arise.

___ **EMPOWERING OTHERS**                                              (Weight: ___ %)
Delegates responsibility and authority to staff or team; removes obstacles for staff.
**Specific examples/comments:**

---

**Rating**                               **LEADERSHIP**

___ **CREATING A SHARED VISION**                                       (Weight: ___ %)
Communicates City's mission and group's goals; demonstrates cooperation, coordination and communication within department and across departments.
**Specific examples/comments:**

___ **RECOGNIZING MERIT**                                              (Weight: ___ %)
Gives timely, realistic feedback; gives credit where credit is due; lets others know of employee's contributions.
**Specific examples/comments:**

___ **DEVELOPMENT OF EMPLOYEES**                                       (Weight: ___ %)
Demonstrates technical competence to lead and develop people; knows what employees do on a regular basis; provides guidance on difficult or complex issues.
**Specific examples/comments**

*As a quality organization, the following Standards of Conduct are expected of all employees: regular attendance, punctuality, continuing to work without being observed, treating customers and coworkers with respect, following policies and procedures, performance of job duties of current position, meeting deadlines, and projecting a positive image of the City to coworkers and the public. Deviations should be addressed under "Significant Events".*

SIGNIFICANT EVENTS that occurred during review period and are not covered in objectives. <u>May be positive or negative.</u> (i.e., verbal or written reprimands, participation in focus groups, commendations, failure to uphold Standards of Conduct such as attendance, following policies, etc.). Nature of comments may impact overall rating.

**Developmental Objective(s)**   Describe what should be done in the coming year to improve performance in current job and/or to further develop skills that will help the individual.

While Fran has shown an ability to solve problems, she sometimes acts before identifying the root causes. She would be a more effective problem solver if she took the time to identify the underlying issues and get input from others.

Overall Comments:

Fran is a satisfactory performer. She usually completes regular work projects on schedule. She is competent in solving problems and making decisions. Fran is generally effective working within her own group as well as within the entire organization.

**TOTAL OVERALL RATING:**

\_\_\_\_ 4 (Substantially Above Expectations)

\_\_\_\_ 3 (Above Expectations)

\_X\_ 2 (Meets Expectations)\_.

\_\_\_\_ 1 (Below Expectations)

Rater: _[signature]_

Date: _9-19-96_

Authorizing Signature: _[signature]_

Date: _9-19-96_

EMPLOYEE:

I have reviewed this appraisal and discussed the contents with the reviewer(s). My signature indicates that I have been advised of my performance status and does not necessarily imply that I agree with the contents of this evaluation.

_[signature]_   _9-19-96_

Employee's Signature          (date)

**EMPLOYEE COMMENTS (Optional)**

**MAJOR OBJECTIVES for NEXT Appraisal Period:10/1/96 to 9/30/96**

Objectives should cover significant parts of a job, not everything an employee does and should be measurable in time, quality and/or quantity. Accomplishment of objectives are 50% of the performance evaluation. The objectives should be weighted (valued) and the total value should equal 100%.

Weight(%)    List objectives and target date for completion.

____    1. Attend training TQM, customer service, teamwork minimum of 40 hours

____    2. Provide quality customer service to all customers, 24 hr. response time

____    3. Maintain uncollectible water/wastewater billings at less than .5%

____    4. Reduce billing errors by 10% - i.e., implementation of barcoding and handheld
devices

____    5. Cross train in the water billing process, handheld equipment
100%

Rating       List accomplishments of above objectives including date of completion.

____    1.

____    2.

____    3.

____    4.

____    5.

**PROCESS IMPROVEMENTS** - List at least two (2) process improvements in which the employee was a participant. (Do not rate.)

Employee: _____    Rater: _____

### CITY OF CORAL SPRINGS
### INCENTIVE PAY SYSTEM
### INFORMAL PERFORMANCE SESSION - WORKSHEET

EMPLOYEE: Fran Carter          Department/Division: Water billing

## 1. REVIEW/DISCUSS PROGRESS TOWARDS MAJOR OBJECTIVES.

- Reduce the percentage of dissatisfied customers by 5%.

- Log the number of customer complaints

- Complete lien inquiries in 1-2 days

- Train on Water billing HTE System - 16 hours  *(40 hours .)*

- Set-up new accounts in 10 minutes

## 2. REVIEW/DISCUSS APPLICABLE JOB SKILLS.

**All Employees**
Customer Satisfaction          Quality Commitment/Contribution
Teamwork                       Building Effective Relationships
Technical Expertise

## SUPERVISOR COMMENTS:

Fran's performance is satisfactory. She has improved her abilities on the HTE system and her turn around time on liens and new accounts. She needs to continue her efforts in these areas to be proficient. Fran is a team player and is always willing to lend a hand. She must continue to cross train in other responsibilities i.e. cash register, miscellaneous invoicing.

## EMPLOYEE COMMENTS: (OPTIONAL)

SUPERVISOR: _____          DATE: 5-29-96

EMPLOYEE: _____          DATE: 05-29-96

THIS FORM SHOULD BE ON TOP WHEN SUBMITTING REVIEW TO HUMAN RESOURCES.

City of CORAL SPRINGS

## PERFORMANCE REVIEW

NAME:Frances M. Carter

TITLE:Senior Office Assistant

DEPARTMENT:Finance

---

**OUR MISSION:**
We want to be the premier city in Florida in which to live, work, and raise a family.

---

The Incentive Pay System has been established to provide an effective method for reviewing job performance. The purpose of the system is to review past performance, acknowledge current performance and target performance for the future.

## PERFORMANCE LEVELS:

Ratings of "4", "3", "2", and "1" are used throughout the performance review to rate performance on major objectives and job skills. Listed below are the definitions of each of the four levels.

4 =   Performance is substantially above expectations. Employee has contributed to the Department to a significant degree. Produces the highest quality work which is consistently reliable and is often completed in advance of deadlines. Demonstrates outstanding initiative to advance plan, anticipates and solves problems and takes appropriate empowered actions. Requires little or no supervision.

3 =   Performance is above expectations. Employee often does more than is expected. Produces quality work which is reliable and completed by deadlines. Shows initiative to advance plan, anticipate problems and takes appropriate empowered actions. Requires only occasional supervision.

2 =   Performance meets expectations. Produces satisfactory work which is usually reliable and priorities are completed by deadlines. Follows routine plans, handles problems as situations occur and takes authorized actions. Requires routine supervision.

1 =   Performance is below expectations. All objectives are not achieved. Requires close supervision. Definite need for improved performance. The employee must develop an action plan for improvement. If immediate and sustained improvement is not made in the rated category within 60 days, disciplinary action will be initiated. This rating should not be given overall unless counseling and/or documentation of deficiencies have taken place during the rating period. The employee should be reviewed again in 60 days at which time an overall rating with this value may result in termination.

**Revised 7/97**

**MAJOR OBJECTIVES**

Objectives should cover significant parts of a job, not everything an employee does and should be measurable in time, quality and/or quantity. Accomplishment of objectives are 50% of the total performance review. The objectives should be weighted (valued) and the total weight should equal 100%.

**OBJECTIVES for CURRENT appraisal period (date):**

Three to five objectives are suggested.

| Weight | Target Date | Objectives |
|--------|-------------|------------|
| 25% | 9/97 | 1.Attend training TQM customer service teamwork minimum 40hr. |
| 25% | 9/97 | 2.Provide quality customer service to all customer, 24hr response time |
| 20% | 9/97 | 3.Maintain uncollectible water/billings at less than .5% |
| 20% | 9/97 | 4.Reduce billing errors by 10%-i,e implementation of barcoding, and handheld devices. |
| 10% | 9/97 | 5.Cross train in the water billing process, handheld equipment |

**ACCOMPLISHMENTS of above objectives:**

| Rating (4-1) | Accomplishments |
|--------------|-----------------|
| 3 | 1. Attended training for TQM customer service, see attached attended exceptional customer service and stress management seminars Will also attend business writing for results Dec 4, 1997 |
| 3 | 2. Provided quality customer service daily to all customers on a continuous basis 24hrs response time. |
| 3 | 3. Maintain uncollectible waterbillings at less than .5% |
| 3 | 4.Reduced number of billing errors by 10%.implementation of barcoding. |
| 2 | 5.Cross trained in scaning the water bills with the handheld equipment. |

**OBJECTIVES for NEXT appraisal period (date):**

Three to five objectives are suggested.

*1. Training on handheld devices - downloading routes, etc. - updating billing*

| Weight | Target Date | Objectives |
|--------|-------------|------------|
| 30% | 9/98 | 1. Training in quattro pro, advance word perfect. |
| 10% | 9/98 | 2. Training in Word Excel *add to the above* |
| 20% | 9/98 | 3. How to calculate preliminary billings. |
| 20% | 9/98 | 4.How to process final bills. |
| 20% | 9/98 | 5.How to run water&sewer bills. |

**PROCESS IMPROVEMENTS:**

List at least two (2) process improvements in which the employee was a participant. (Do not rate.) New windows 95 computer training, and word perfect training.

*As a quality organization, the following STANDARDS OF CONDUCT are expected of all employees: regular attendance, punctuality, continuing to work without being observed, treating customers and coworkers with respect, following policies and procedures, performance of Job duties of current position, meeting deadlines, and projecting a positive image of the City to coworkers and the public.  Deviations should be addressed under "Significant Events".*

## JOB SKILLS

Please rate the job skills most applicable to performance.  Overall, 50% of the performance review is based on the Job Skills.  Weighting (valuing) of job skills is *optional*.  If not weighted, all have equal weight.

**CUSTOMER FOCUS      Weight(%): _____**

Provide specific examples/comments.

Rating:

__3__   CUSTOMER SERVICE SKILLS (Exceeds customers' expectations with emphasis on presentation, responsiveness, reliability, reassurance, and empathy.):Fran will strive to provide excellent customer service to meet the needs of the customer.

**CONTINUOUS QUALITY IMPROVEMENT      Weight(%): _____**

Provide specific examples/comments for each.

Rating:

__3__   TEAMWORK/COMMUNICATION (Seeks input from team members; helps team members; manages conflict effectively; listens and responds positively to concerns of others.):Fran will continue to work at building a good working relationship throughout the organization, and with my teammates with all respect, to be a good listener, and respond positively to the concerns of others.

__2__   QUALITY/TECHNICAL EXPERTISE (Committed to quality; identifies and implements ways to improve process/tasks; skilled in duties assigned; acquires new skills as needed.):Fran has improved in the quality and excellence of the work, and will continue to improve, building her skills, and by attending more customer service seminars, and TQM training.

__2__   PRODUCTIVITY (Produces reliable work; completes assignments on time; does fair share of work; works well without supervision.):Fran will continue to work at completing her assignments on time will do her fair share of the work, and organize her work more.

**JOB SKILLS (continued)**

| EMPOWERMENT   Weight(%): _____ |

Provide specific examples/comments.

Rating:

__2__   EMPOWERMENT (Uses initiative to make or participate in decisions; uses valid data to support or justify decisions.):Fran sticks to basic routines. When problems arise handle the situation alone. Fran     needs to assert herself and become more comfortable in taking on new tasks.

| LEADERSHIP   Weight(%): _____ |

Provide specific examples/comments for each.

Rating:

_____   RECOGNIZING MERIT (Gives timely, realistic feedback; gives credit where credit is due; lets others know of employee's contributions.):

_____   DEVELOPMENT OF EMPLOYEES/CREATING A SHARED VISION (Demonstrates technical competence to lead and develop people; provides guidance on difficult or complex issues; communicates City's mission and group's goals; demonstrates cooperation, coordination and communication within department and across departments.):

_____   EMPOWERING EMPLOYEES (Delegates responsibility and authority to staff or team; removes obstacles for staff.):

**SIGNIFICANT EVENTS** are events that occurred during review period and are not covered in objectives. They may be positive or negative and should be listed below. (i.e., verbal or written reprimands, participation in focus groups, commendations, failure to uphold Standards of Conduct such as attendance, following policies, etc.). Nature of comments may impact overall rating.

**TOTAL OVERALL RATING:**                          **PROBATION:** Initial ____ or Position ____

_____  4  Substantially above expectations         ____  Successfully completed.

_____  3  Above expectations                       ____  Extended to _____.

__2__  2  Meets expectations

_____  1  Below expectations

Rater:_____     Date:_____

Rater:_____     Date:_____

Authorizing Signature_____     Date:___9-16-97_____

**EMPLOYEE:**

I have reviewed this appraisal and discussed the contents with the reviewer(s). My signature indicates that I have been advised of my performance status and does not necessarily imply that I agree with the contents of this evaluation.

_____
Employee's Signature                    (date)

**EMPLOYEE COMMENTS** (Optional)

## INCENTIVE PAY SYSTEM
## INFORMAL PERFORMANCE SESSION - WORKSHEET

EMPLOYEE: Fron Carty        DEPARTMENT: Financial Management

As stated in the Incentive Pay System Policy, at least two informal performance sessions should
be conducted during the year to discuss employee performance as follows:

1. **REVIEW/DISCUSS PROGRESS TOWARDS MAJOR OBJECTIVES.** Also re-evaluate
   objectives and revise if needed. (Refer to objectives for Review period)

2. **REVIEW/DISCUSS APPLICABLE JOB SKILLS.**

| All Employees | Managerial/Leadership Skills |
|---|---|
| Customer Satisfaction | Creating a Shared Vision |
| Quality Commitment/Contribution | Empowering Others |
| Teamwork | Recognizing Merit |
| Building Effective Relationships | Achieving Results |
| Technical Expertise | Development of Employees |

**SUPERVISOR COMMENTS:**

*Fran thanks so much for your continued effort in striving
to attain your objectives. Please schedule yourself for Customer service, Business writing
and premium writing skills if you wish.
Need to record #'s of errors to track overtime to measure against
your objective # 4. Please see me if you need assistance.
Continue to use phone log to gain insight of customer calls.
Thanks so much for your effort.*

**EMPLOYEE COMMENTS: (OPTIONAL)**

_____

_____

_____

_____

_____

SUPERVISOR: _____  DATE: 4-17-97

EMPLOYEE: _____  DATE: 4-17-97

Supervisors should attach this form to the yearly Performance Review form due at the end of
the fiscal year.

**MAJOR OBJECTIVES** for NEXT Appraisal Period: 10/01/96 to 9/30/97

Objectives should cover significant parts of a job, not everything an employee does and should be measurable in time, quality and/or quantity. Accomplishment of objectives are 50% of the performance evaluation. The objectives should be weighted (valued) and the total value should equal 100%.

Weight(%)    List objectives and target date for completion.

____    1.    Attend training TQM, customer service, teamwork, minimum of 40 hours.

____    2.    Provide quality customer service to all customers. 24 hr. response time.

____    3.    Maintain uncollectible water/wastewater billings at less than 5%.

____    4.    Reduce billing errors by 10% - i.e., implementation of barcoding and handheld
              devices.

____    5.    Cross train in the water billing process, handheld equipment.
100%

Rating    List accomplishments of above objectives including date of completion.

____    1.    Attending Stress Management for Women Seminar 4/8/97.

____    2.    Providing quality Customer Service on continuous basis.

____    3.    Maintain uncollectible, by collecting on NSF checks within 10 days and lock-off
              water & sewer accounts if they are 30days delinquent.

____    4.    Reducing billing errors by using barcoding.

____    5.    Cross training cashier, closing out the register, doing petty cash and lien letters.


**PROCESS IMPROVEMENTS** - List at least two (2) process improvements in which the employee was a participant. (Do not rate.)

Employee: _____    Rater: _____



00003

City of Coral Springs

Performance Review

NAME:Carter Frances

TITLE:Senior Office Assistant

DEPARTMENT:Financial Management

> **OUR MISSION:**
>
> *We want to be the premier city in Florida in which to live, work, and raise a family.*

The Incentive Pay System has been established to provide an effective method for reviewing job performance. The purpose of the system is to review past performance, acknowledge current performance and target performance for the future.

## PERFORMANCE LEVELS:

Ratings of "4", "3", "2", and "1" are used throughout the performance review to rate performance on major objectives and job skills. Listed below are the definitions of each of the four levels.

**4** = Performance is substantially above expectations. Employee has contributed to the Department to a significant degree. Produces the highest quality work which is consistently reliable and is often completed in advance of deadlines. Demonstrates outstanding initiative to advance plan, anticipates and solves problems and takes appropriate empowered actions. Requires little or no supervision.

**3** = Performance is above expectations. Employee often does more than is expected. Produces quality work which is reliable and completed by deadlines. Shows initiative to advance plan, anticipate problems and takes appropriate empowered actions. Requires only occasional supervision.

**2** = Performance meets expectations. Produces satisfactory work which is usually reliable and priorities are completed by deadlines. Follows routine plans, handles problems as situations occur and takes authorized actions. Requires routine supervision.

**1** = Performance is below expectations. All objectives are not achieved. Requires close supervision. Definite need for improved performance. The employee must develop an action plan for improvement. If immediate and sustained improvement is not made in the rated category within 60 days, disciplinary action will be initiated. This rating should not be given overall unless counseling and/or documentation of deficiencies have taken place during the rating period. The employee should be reviewed again in 60 days at which time an overall rating with this value may result in termination.

**Revised 7/98**

Employee: _____     Rater: _____



## MAJOR OBJECTIVES

Objectives should cover significant parts of a job, not everything an employee does and should be measurable in time, quality and/or quantity.  Accomplishment of objectives are 50% of the performance review.  The objectives should be weighted (valued) and the total value should equal 100%.

Objectives for Current appraisal period (date):

| Weight | Target Date | Objectives |
|---|---|---|
| 30% | 9/98 | Cross-trained in uploading routes for meeter readers, utility billing process |
| 10% | 9/98 | PC training applications of:Word,Excel,Word perfect |
| 20% | 9/98 | Learn how to calculate preliminary billings |
| 20% | 9/98 | Learn how to process final bills |
| 20% | 9/98 | Learn how to run water/sewer billing |

Accomplishments of above objectives:

| Rating | Accomplishments |
|---|---|
| 2 | Rating for objectives listed above |

Objectives for Next appraisal period (date):

| Weight | Target Date | Objectives |
|---|---|---|
| 25% | 9/98 | Maintain a customer satisfaction rating minimum of 90% |
| 25% | 9/98 | Maintain the cost of billing per account at $2.11 or less per month |
| 25% | 9/98 | Maintain on-time billing (target @ 100%) |
| 25% | 9/98 | Obtain 16hrs. of Customer service training, 8hrs by 3/99 and 8hrs. by 9/99 |

Process Improvements:

List at least two (2) process improvements in which the employee was a participant.  (Do not rate.)Utility billing , Telephone messaging syste m

> As a quality organization, the following STANDARDS OF CONDUCT are expected of all employees: regular attendance, punctuality, continuing to work without being observed, treating customers and coworkers with respect, following policies and procedures, performance of job duties of current position, meeting deadlines, and projecting a positive image of the City to coworkers and the public. Deviations should be addressed under "Significant Events".

## JOB SKILLS

Please rate the job skills most applicable to performance.  Overall, 50% of the performance review is based on the Job Skills.  Weighting (valuing) of job skills is *optional*.  If not weighted, all have equal weight (value).

| CUSTOMER FOCUS     Weight(%) |
|---|

Provide specific examples/comments.

Rating:

_3___ .   CUSTOMER SERVICE  SKILLS Exceeds customers' expectations with emphasis on presentation, responsiveness, reliability, reassurance, and empathy.)  Fran is courteous, sensitive and responsive when communicating with customers.  She takes the time to listen carefully and remember the details of conversations.

| CONTINUOUS QUALITY IMPROVEMENT          Weight(%): |
|---|

Provide specific examples/comments for each.

Rating

_2__    TEAMWORK/COMMUNICATION Seeks input from team members; helps team members; manages conflict effectively; listens and responds positively to concerns of others.)  Fran joins in the give and take of group discussions, and works well with everyone.  Fran needs to be more considerate when taking her break that she isn't leaving at a times when its busy and staffing isn't adequate to handle customers and calls. I would like Fran to spend more time reviewing her documents before passing them on to others.  In particular she should be careful to avoid spelling mistakes and grammatical errors.

_2__   QUALITY/TECHNICAL EXPERTISE  Committed to quality; identifies and implements ways to improve process/tasks; skilled in duties assigned;acquires new skills as needed.)  Fran is committed to quality.  She pays attention to detail and her work meets all quality standards.  Fran solicits input from others and discusses issues and solutions when making important decisions.  This practice not only promotes teamwork but also results in better decisions.

**JOB SKILLS (continued)**

  2    PRODUCTIVITY (Produces reliable work; completes assignments on time; does fair
       share of work; works well without supervision) I can count on Fran to manage her
       time well and to have her work completed by deadline.  She sets her priorities,
       concentrates on the main objectives, and avoids unnecessary interruptions.

| EMPOWERMENT          Weight:(%) |
|---|

Rating:

  2    EMPOWERMENT(Uses initiative to make or participate in decisions; uses valid data to
       support or justify decisions.)   Fran generally makes good decisions in a reasonable
       amount of time.  She is aware that delay may cause problems.

| LEADERSHIP          Weight(%) |
|---|

Provide specific examples/comments for each:

Rating:   **THIS CATEGORY IS NOT APPLICABLE TO THIS EMPLOYEE**

_____    RECOGNIZING MERIT (Gives timely, realistic feedback; gives credit where credit is
          due; lets others know of employee's contributions.)

_____  DEVELOPMENT OF EMPLOYEES/CREATING A SHARED VISION (Demonstrates technical
        competence to lead and develop people;provides guidance on difficult or complex
        issues;communicates City's mission and group's goals; demonstrates cooperation,
        coordination and communication within department and across departments.):

_____ EMPOWERING EMPLOYEES (Delegates responsibility and authority to staff or team; removes obstacles for staff.):

**SIGNIFICANT EVENTS** that occurred during review period and are not covered in objectives. May be positive or negative. (i.e., verbal or written reprimands, participation in focus groups, commendations, failure to uphold Standards of Conduct such as attendance, following policies, etc.). Nature of comments may impact overall rating.

TOTAL OVERALL RATING:                    PROBATION: Initial ___ or Position ___

_____ 4 Substantially Above Expectations          _____ Successfully completed

_____ 3 Above Expectations

_X_ 2 Meets Expectations                          _____ Extended to _____

_____ 1 Below Expectations

Rater:_____  Date:_____

Rater:_____  Date:_____

Authorizing Signature _____  Date: _9-23-98_

EMPLOYEE:

I have reviewed this appraisal and discussed the contents with the reviewer(s). My signature indicates that I have been advised of my performance status and does not necessarily imply that I agree with the contents of this evaluation.

_____ 09-03-98
Employee's Signature              (date)

**EMPLOYEE COMMENTS** (Optional)

**EXHIBIT "C"**

ALAN C. KAUFFMAN & ASSOCIATES, P.A. THE PLAZA 5355 TOWN CENTER ROAD SUITE 1102
BOCA RATON, FLORIDA 33486 TELEPHONE (561) 394-7600 FAX (561) 394-0891

Brian Raducci
Christa Scippio;  Jeanne Domerchie
Tue, Feb 1, 2000 11:39 AM
ct:        Fran Carter's Evaluation

e with Dave and H.R.  yesterday regarding Fran's evaluation.  It was suggested at that meeting that
aluation be handled in the following manner.

n of you provide feedback to me on Fran's performance based on the following deficiencies from
or evaluation.

epare the written evaluation.

ing the actual evaluation the following will be present; Fran, myself, Christa (acting as
person for the division as she is the next senior individual after Fran), and an H.R. representative.

provide Fran's progress (positive or negative) on the following areas that were noted as
ncies on her prior evaluation by tomorrow morning (sorry about the short time frame).

**ner Service Skills**
e to always follow through on customer complaints/inquiries.
ing work off on team members because she is unable to resolve issues on her own.

nendation was to consult team rather than shift work.

**rk/Communication**
ast Fran was very sensitive and became defensive at the suggestions of other teammates.
d IS and HTE with issues before deciding whether or not the team could solve the problem.
procedures only after being reminded several times.

idation was to listen carefully to comments/suggestion made by other team members and
them into her daily routine.

**nical Expertise**
e very basics.
t a level below what is expected from someone with her level of experience.
ment may be too much for her to handle.
rmed untimely and w/ many errors (i.e., misposted books).
setback to the team.

ion.
e work timely and accurately the first time.
calls mitigated her operating efficiency.

as to consult her teammates to determine which organizational methods they used in
coming overwhelmed from the workload.

etter judgment when analyzing situations.
nsequences of her decisions/actions before making them.
erself.

o develop confidence so that Fran could complete her own tasks without

burdening the rest of her team.

I would appreciate your honest and candid thoughts on Fran's performance since her last evaluation (good or bad). Since I do not see her work habits on a daily basis it is difficult for me to prepare a fair evaluation based on my own knowledge. I am looking to the two of you to take the lead on this so that we can make your team as efficient and productive as it can be.

Thank you in advance for your contribution.

Brian

CC:        Dave Russek

**EXHIBIT "D"**

ALAN C. KAUFFMAN & ASSOCIATES, P.A. THE PLAZA 5355 TOWN CENTER ROAD SUITE 1102
BOCA RATON, FLORIDA 33486 TELEPHONE (561) 394-7600 FAX (561) 394-0891

Equal Employment Opportunity Comm

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To:  **Frances M. Carter**<br><br>**5311 NE 8th Terrace**<br><br>**Pompano Beach, FL 33064**<br><br>☐ *On behalf of a person aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))* | From:  **Miami District Office**<br>**Equal Employment Opportunity Commission**<br>**One Biscayne Tower, Suite 2700**<br>**2 South Biscayne Boulevard**<br>**Miami, Florida 33131-1805** |

| Charge Number | EEOC Representative | Telephone No. |
|---|---|---|
| 15A A2 00087 | Rosemary Caddle, Investigator | (305) 530-6031 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ We cannot investigate your charge because it was not filed within the time limit required by law.

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You had 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

## -- NOTICE OF SUIT RIGHTS --
### *(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may pursue this matter further by bringing suit in federal or state court against the respondent(s) named in the charge. **If you decide to sue, you must sue WITHIN 90 DAYS from your receipt of this Notice.** Otherwise your right to sue based on the above-numbered charge will be lost.

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. (If you file suit, please send a copy of your court complaint to this office.)

APR 3 0 2002

On behalf of the Commission

*Elsa M. Noguera (signature)*

*(Date Mailed)*      Federico Costales, District Director

cc:

City of Coral Springs

c/o John J. Hearn

Deputy City Attorney

9551 West Sample Road

Coral Springs, FL 33065

cc: Robert Saunooke, Esq.

c/o Alan C. Kauffman & Associates, P.A.

The Plaza, Suite 1102

5355 Town Center Road

Boca Raton, FL 33486

FILE COPY

Fax: _____ Mail: _____

Date: _____

EEOC Form 161 (10/96)

**INFORMATION RELATED TO FILING SUIT**
**UNDER THE LAWS ENFORCED BY THE EEOC**

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS --   Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA),**
**or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file lawsuit against the respondent(s) named in the charge **within 90 days of the date you receive this Notice**. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was mailed to you** (as indicated where the Notice is signed).

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS -- Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment:  backpay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/96 to 12/1/96, you should file suit before 7/1/98 -- not 12/1/98 -- in order to recover unpaid wages due for July 1996. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION -- Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE -- All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charges are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

**IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.**

# CIVIL COVER SHEET

**JS-44** 2-61504

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

FRANCES CARTER

## DEFENDANTS

CIV-ROETTGER

THE CITY OF CORAL SPRINGS, and
BRIAN RADUCCI, Individually

MAGISTRATE JUDGE
SELTZER

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

Broward 0.02CV 61504 Nen/BSS

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Robert O. Saunooke, Esq., 18620 S.W. 39th Court, Miramar, FL 33029

ATTORNEYS (IF KNOWN)
Christine M. Duignan, Esq., 790 E. Broward Blvd., #400, Ft. Lauderdale, FL 33301

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:
DADE, MONROE, (BROWARD), PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN × IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN × IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

42 U.S.C. Section 1983

IVa. 5 days estimated (for both sides) to try entire case.

## V. NATURE OF SUIT (PLACE AN × IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — ☐ 310 Airplane, ☐ 315 Airplane Product Liability, ☐ 320 Assault, Libel & Slander, ☐ 330 Federal Employers Liability, ☐ 340 Marine, ☐ 345 Marine Product Liability, ☐ 350 Motor Vehicle, ☐ 355 Motor Vehicle Product Liability, ☐ 360 Other Personal Injury | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | **PERSONAL INJURY** — ☐ 362 Personal Injury — Med Malpractice, ☐ 365 Personal Injury — Product Liability, ☐ 368 Asbestos Personal Injury Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | **PERSONAL PROPERTY** — ☐ 370 Other Fraud, ☐ 371 Truth in Lending, ☐ 380 Other Personal Property Damage, ☐ 385 Property Damage Product Liability | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | **PRISONER PETITIONS** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence Habeas Corpus: | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 530 General, ☐ 535 Death Penalty, ☐ 540 Mandamus & Other, ☐ 550 Civil Rights | | |

## VI. ORIGIN (PLACE AN × IN ONE BOX ONLY)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Refiled
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____ DOCKET NUMBER _____

DATE 10/23/02

SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

FOR OFFICE USE ONLY: Receipt No. 526492   Amount: 150.00
Date Paid 10/23/02   M/ifp: