UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 02-61504-CIV-COHN/SNOW



FRANCES CARTER,

    Plaintiff,

v.

THE CITY OF CORAL SPRINGS,
and BRIAN RADUCCI, individually,

    Defendants.

_____/



FILED by \_\_\_\_ D.C.

OCT 1 7 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

**THIS CAUSE** came before the Court on Defendants' Motion To Dismiss Amended Complaint [DE #2] filed on October 28, 2002. To date, Plaintiff has failed to file any response to Defendants' Motion in accordance with Southern District Local Rule 7.1.C. On September 30, 2003, this Court issued an Order To Show Cause Why Action Should Not Be Dismissed for Plaintiff's failure to file a response to Defendants' Motion. More than ten days have elapsed and Plaintiff has failed to file any pleading with the Court either in response to this Court's September 30, 2003 Order or to Defendants' Motion. Accordingly, it is

**ORDERED AND ADJUDGED** that Defendants' Motion To Dismiss Amended Complaint [DE #2] is hereby **GRANTED** as follows:

1.     This cause is **DISMISSED** without prejudice to all parties and with each party bearing its own attorneys' fees and costs;

2.     All pending motions are **DENIED AS MOOT**.



3.  The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, on this 16th day of October, 2003.

/s/ James I. Cohn
JAMES I. COHN
UNITED STATES DISTRICT JUDGE

Copies provided:
E. Bruce Johnson, Esq.
Robert O. Saunooke, Esq.